UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>ROBERT XAN PAUL,<br>    Defendant. | Case No. 14-cr-00164-RS-1<br><br>**ORDER FOR RESPONSE** |

The government is directed to file any response it may have to the motion for review (Dkt. No. 26) no later than March 11, 2024.

**IT IS SO ORDERED**.

Dated: March 6, 2024

_____
RICHARD SEEBORG
Chief United States District Judge