| | |
|---|---|
| 1 | EHRLICH & CRAIG LLP |
| 2 | AMY CRAIG - #269339<br>amy@ehrlich-craig.com |
| 3 | BENJAMIN MERCER-GOLDEN - #339525<br>benjamin@ehrlich-craig.com |
| 4 | 803 Hearst Avenue<br>Berkeley, CA 94710 |
| 5 | (510) 548-3600 (Tel)<br>(510) 291-3060 (Fax) |

Counsel for Defendant Robert Xan Paul

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT XAN PAUL,<br><br>Defendant. | CASE NO.: 3:14-CR-00164-RS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDING SPEEDY TRIAL TIME** |

      Defendant Robert Xan Paul was released on U.S. Pretrial Services supervision on December 13, 2023. He is residing with family in North Carolina. He is currently scheduled to appear before this Court for a status conference via Zoom on May 28, 2024 at 2:30 p.m. The parties make this request to allow defense counsel adequate time to prepare, and to allow the parties additional time to discuss possible resolution.

      The parties hereby stipulate and move this Court to enter an order continuing Mr. Paul's status conference in this matter from May 28, 2024 at 2:30 p.m. to June 18, 2024 at 2:30 p.m.  The parties further request that Mr. Paul be permitted to appear before the Court via Zoom.

      The parties further stipulate and agree that excluding time from May 28, 2024 to June 18, 2024 will allow for the effective preparation of counsel, taking into account the exercise of due diligence.

1  The parties further stipulate and agree that the ends of justice served by excluding the period from
2  May 28, 2024 through June 18, 2024 from computation under the Speedy Trial Act outweigh the best
3  interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

5  IT IS SO STIPULATED.

7  Dated:     May 23, 2024                    Respectfully submitted,
8                                             EHRLICH & CRAIG LLP

10                                            _____/s/ *Amy Craig*_____
                                              Amy Craig
11                                            Counsel for Robert Xan Paul

13  Dated:     May 23, 2024                   Respectfully submitted,
14                                            PATRICK ROBBINS
                                              Attorney for the United States
15
16                                            _____/s/_____
17                                            Michael Pitman
                                              Assistant United States Attorney

19
20  //

**ORDER**

Based on the joint request of the parties, and for good cause shown, the Court HEREBY ORDERS that Defendant Robert Xan Paul's status conference currently set for May 28, 2024 at 2:30 p.m. via Zoom be continued to June 18, 2024 at 2:30 p.m. via Zoom.

Furthermore, the Court finds that failing to exclude time from May 28, 2024 through June 18, 2024 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, including by reviewing discovery that has been produced. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from May 28, 2024, through June 18, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 28, 2024, through June 18, 2024, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**DATED:** May 23, 2024

_____
HON. RICHARD SEEBORG
United States District Judge