1  PATRICK D. ROBBINS (CABN 152288)
   Attorney for the United States
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  MICHAEL G. PITMAN (DCBN 484164)
   Assistant United States Attorney
5  150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
6  Telephone:      (408) 535-5040
   Facsimile:      (408) 535-5081
7  Email: michael.pitman@usdoj.gov

8  J. PARKER GOCHENOUR (VABN 90069)
   Trial Attorney
9  United States Department of Justice, Tax Division

10 Attorneys for United States of America

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                SAN FRANCISCO DIVISION

14 UNITED STATES OF AMERICA,              Criminal No. 3:14-cr-00164-RS

15        Plaintiff,                      STIPULATION TO CONTINUE STATUS
                                          CONFERENCE AND EXCLUDE TIME FROM
16    v.                                  OCTOBER 1, 2024, TO OCTOBER 15, 2024,
                                          AND ORDER
17 ROBERT XAN PAUL,

18        Defendant.

19

20        It is hereby stipulated by and between counsel for the United States and counsel for the

21 defendant Robert Xan Paul, that the status conference currently set in this matter for October 1, 2024, be

22 continued to October 15, 2024, and that time be excluded under the Speedy Trial Act from October 1,

23 2024, through October 15, 2024.

24        The parties respectfully request that the status conference currently set in this matter for October

25 1, 2024, be continued until October 15, 2024, and that time be excluded under the Speedy Trial Act so

26 that defense counsel can continue to prepare, including by reviewing the discovery already produced.

27 For these reasons, the parties stipulate and agree that excluding time from October 1, 2024, through

28 October 15, 2024, will allow for the effective preparation of counsel.  *See* 18 U.S.C. §

1   3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding

2   the time from October 1, 2024, through October 15, 2024, from computation under the Speedy Trial Act

3   outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A),

4   (B)(iv).

5          The undersigned Assistant United States Attorney certifies that he has obtained approval from

6   counsel for the defendant to file this stipulation and proposed order.

7

8   IT IS SO STIPULATED.

9                                              PATRICK D. ROBBINS
                                               Attorney for the United States
10

11                                             _____/s/_____

12                                             MICHAEL G. PITMAN
                                               Assistant United States Attorney
13
                                               J. PARKER GOCHENOUR
14                                             Trial Attorney

15                                             Attorneys for United States of America

16

17                                             _____/s/_____

18                                             AMY CRAIG

19                                             Attorney for Defendant Robert Xan Paul

20

21

22                                             ORDER

23          Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the

24   Court finds that failing to exclude the time from October 1, 2024, through October 15, 2024, would

25   unreasonably deny defense counsel and the defendant the reasonable time necessary for effective

26   preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The

27   Court further finds that the ends of justice served by excluding the time from October 1, 2024, through

28   October 15, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public

and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY

ORDERED that the status conference currently set in this matter for October 1, 2024, shall be continued

to October 15, 2024, and that the time from October 1, 2024, through October 15, 2024, shall be

excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.


 Dated:  _9/30/2024_____

_____
HON. RICHARD SEEBORG
United States District Judge