PATRICK D. ROBBINS (CABN 152288)
Attorney for the United States

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone:     (408) 535-5040
Facsimile:      (408) 535-5081
Email: michael.pitman@usdoj.gov

J. PARKER GOCHENOUR (VABN 90069)
Trial Attorney
United States Department of Justice, Tax Division

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT XAN PAUL, <br><br> Defendant. | Criminal No. 3:14-cr-00164-RS <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FROM OCTOBER 15, 2024, TO OCTOBER 29, 2024, AND ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Robert Xan Paul, that the status conference currently set in this matter for October 15, 2024, be continued to October 29, 2024, and that time be excluded under the Speedy Trial Act from October 15, 2024, through October 29, 2024.

The parties respectfully request that the status conference currently set in this matter for October 15, 2024, be continued until October 29, 2024, and that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery already produced, and so the parties can meet and confer regarding a potential resolution. For these reasons, the parties stipulate and agree that excluding time from October 15, 2024, through October 29, 2024, will allow for

the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from October 15, 2024, through October 29, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

PATRICK D. ROBBINS
Attorney for the United States

_____/s/_____
MICHAEL G. PITMAN
Assistant United States Attorney

J. PARKER GOCHENOUR
Trial Attorney

Attorneys for United States of America

_____/s/_____
AMY CRAIG

Attorney for Defendant Robert Xan Paul

ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from October 15, 2024, through October 29, 2024, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from October 15, 2024, through October 29, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public

and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status conference currently set in this matter for October 15, 2024, shall be continued to October 29, 2024, and that the time from October 15, 2024, through October 29, 2024, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). IT IS SO ORDERED.

Dated:  10/11/2024

_____
HON. RICHARD SEEBORG
United States District Judge