# Exhibit A

**Letters from Family, Friends and Community**

**[REDACTED]**

# A-1
## Letter from Marina Carvalheiro Nogueira

**The Honorable Richard Seeborg**
Chief District Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**Honorable Judge Seeborg,**

My name is Marina Carvalheiro Nogueira. I am a mother to three daughters—███████ (16), ██████ (14), and ████ (2)—and I am writing this letter to provide a comprehensive account of the character of Robert Xan Paul, the father of my children. This letter will illustrate his dedication to his family, his community, and the values that guide his life, supported by specific examples of his actions and impact.

Robert, known as Xan, has lived a life defined by service to others. As a teenager, he participated in a mission trip to the Dominican Republic and he says he felt a joy like he never felt before, helping to build a hospital with his church. This early act of altruism was a clear indication of the path he would follow throughout his life.

In our rural Brazilian community, Xan's dedication has transformed lives. For years, our neighborhood suffered from an unreliable water system - we don't have a city water supply. Xan stepped up, repeatedly repairing it—even in the middle of the night—and ensuring access to clean water for dozens of families from the stream that cuts through the neighborhood. His hard work and intelligence eventually made the system almost maintenance-free. Collaborating with a neighbor, he spearheaded the legalization of the water supply, securing consistent access to water for over 50 families.

Xan's efforts extended to improving local roads, as our roads are not paved. He mobilized neighbors to fill potholes, build rainwater ditches to prevent erosion, and clear an old pipe that had created a huge stagnant pool, stopping the spread of diseases such as dengue fever, a major disease transmitted by mosquito bites. These projects, often carried out with his own tools and labor, reflect his unwavering commitment to the well-being of others.

He has also contributed in deeply personal ways. For example, when a neighbor's dog gave birth, he assisted in delivering, caring for and giving away the puppies because the owner didn't care for them himself. When people in the larger community suffered from physical pain, Xan provided therapeutic treatments to all that seek him, using his skills as a body worker and holistic therapist. He would not neglect who couldn't pay, and would provide the same amount of time and dedication for free to the ones that couldn't afford. He has always been willing to lend a hand, whether through physical labor, emotional support, or practical solutions.

Xan is an extraordinary father who has consistently prioritized his children's well-being and education. When our oldest daughter, ████████ faced difficulties in school and struggled to learn to read and write, Xan took charge of her education. He decided to homeschool her and her sister, ████████ and I supported his choice. He created a curriculum that included subjects like English, mathematics, science, history, philosophy, economics, and geography. He personally taught them Karate, jiu-jitsu, and self-defense, how to speak in public, how to control your emotions, how to

understand your emotions and express. He taught them entrepreneurship and the first time they earned their own money was braiding hair at a fair when they were 7 and 9 years old, and they loved it: Xan was the one who lined up with his friend Wagner from Jiu-Jitsu (who's also an artist) to teach them to braid hair with colored thread and later lined up with a yoga student who was organizing local business fairs to have a stand for ████ and ████ to experience entrepreneurship. To this day, they are always finding ways to make their own money. Xan's hands-on teaching approach, combined with his perseverance and dedication, helped them thrive academically and personally.

After Xan was arrested, I enrolled them back in regular schools. All of their teachers say that they are abnormally great students. They ask: "how come they are great students, have great social skills, survival skills, speak well, are extroverts, good in sports? How are they so well rounded?" Because of their father's dedication is the answer.

████ and ████ are exemplary students. Both are frequently described by teachers as intelligent, empathetic, charismatic, and creative. ████ honor student, even received a merit prize to an international program (Formula 1 for Schools), and ████ has been recognized for her leadership, kindness, curiosity, and critical thinking skills. Their success is a testament to Xan's commitment to their growth and development.

In the past we helped open schools and worked with other parents in the educational journey of our children. Our first two attempts resulted in us returning to homeschooling when partnering families moved away or conflicts about a lack of structure or dedication arose.

Because people could see how exceptional ████ and ████ were because of Xan's work, he was invited to be a partner opening another school. There Xan was a guide/teacher, supervisor/content creator and did exceptional work and helped educate with the same system he created for our kids, and tens of kids. We had kids with developmental problems and lots of trauma from bullying, two kids in the autistic spectrum and one with hearing problems, and all of them had great development under Xan's influence and guidance. With the premature birth of ██ in March (the beginning of the school year in Brazil), we had to stop our work at the school, and we once again returned to homeschooling so we could dedicate to ████ special needs, and give her what had been given to ████ and ████ before. Both schools are still open and thriving today.

Even with physical distance separating him from our youngest daughter, ██ Xan remains a constant presence in her life. Through video calls, he teaches her words, reads her stories, and creates a sense of closeness despite the miles between them. Her excitement when she hears his voice is a reflection of the bond they share. Before she goes to sleep she always asks me to video call her dad and say goodnight, it's her ritual.

This past year without Xan has been incredibly difficult for my daughters and me.  We live at least 4 hours drive from my family, there's no family network of support. So I'm right now a solo mother taking care of everything alone: taking care of logistics, cleaning, driving, educating, orienting, cooking, caring for - plus my 3 jobs. Right now the car is at the mechanic needing the structure to be completely rebuilt because of rust rot (I'm not managing to take care of its regular maintenance by myself and the moist salt air is rough on old cars (it's from 2008)). The family dog caught a deadly disease (Leishmania) caught via mosquito bite, that's transmissible to humans. We are

having exams done, and I worry all the time as it's a non curable disease. I'm having to deal alone with all the troubles with diagnostic, veterinary, exams, fears, and lots of bills, for the dog and the family.

The baby █████ ███████████ (███████████████████████████. The teenagers ████████ and ████ are wonderful girls, but without their father's presence and with their teenage hormones spiking they challenge me more than ever before. The baby is very demanding all day long, but I can't afford a private school right now and it puts a serious strain on her and me (I've applied for public daycare, hoping that I'll get a spot for her in 2025). I ██████████████████████████████ ████████████████████████████. I have to drive to the city to have exams/procedures, and I can't do it without an adult to help supervising the children for a few days - my mother and father are already too old and their current poor health makes it impossible for them to help me now.

███████████████████████████████████████████████████ and is weaker and weaker every day. █████ my youngest, calls my father papai (daddy in Portuguese), and is drawn to him as she was to Xan. I can't even imagine how devastating it will be for ████ to lose a second father too, and have no loving and loved male presence in her life.

Even with his health issue, my father worries about me. He used to travel and works by himself around to fill the void Xan's absence has made, even though the doctors say he can't travel long distances anymore. And when not taking on the father role for me and my children, he is dealing with his treatments and caring for my mother, ██████████████████████████████████ ████. He had to go to intensive care last week (10/9/2024) and the doctor's told him he can't drive anymore.

I'm working in 3 jobs currently and looking into a fourth one: administrate seasonal rental properties in Ilhabela, I'm a massage therapist and holistic healer, I work online as secretary and account manager, and just finished getting a real estate agent license to be able to pay the bills, and still I live paycheck to paycheck.

In addition to our financial struggles, my sense of physical security has been greatly shaken without Xan here with us. It is scary to live alone with my three daughters without a male presence in the house.  Brazil is a dangerous, male-dominant, sexist country.

When I became pregnant with ████ at 43, it was nothing short of a miracle. I had surgery scheduled that same month to remove my uterus due to a tumor. Xan treated me like a queen during my complicated pregnancy, showing love, patience, and care, even when I was on bedrest, he slept for weeks on a chair next to my bed at the hospital, never even allowing someone else to trade places with him so he could rest in a bed. Our daughter, █████ born prematurely is now two years old. While we were in the maternity ward Xan continued by my side, rocking her to sleep so I could recover. He watched her nonstop, because she was born early and weak because of my diabetes. He wouldn't let me worry, acting like all was well, always saying all was under control. He is more than loving, he's an extremely dedicated father.

Sadly, Xan has only been present for the first year of ████ life. He missed her first steps, her first

phrases, interactions, and many other milestones. Even now, when she hears his voice during a video call, she lights up, but also instinctively acts like a baby wanting to nurse, as if longing to relive those moments of closeness and love when she was last physically with her dad.

Xan's life has not been without challenges. He grew up in a difficult environment in the deep South marked by instability, violence, gossip, ██████████, neglect, and trauma. His mom and dad loved him, but that didn't mean he had it easy. Despite this, he chose to rise above his circumstances and dedicate himself to building a stable, loving family and supporting his community. His resilience and strength have been evident in every step of his journey.

Xan's contributions to our community have left a lasting legacy. In addition to his work on the water system and roads, free yoga classes/meditation/treatments for years for the ones who couldn't afford it, he also gave real and deep emotional support to the people who needed it.

When a neighbor's ██████████████████████████████████████████████, Xan spent months visiting the family daily, offering emotional support and practical guidance. They didn't even know each other that well, but Xan knew he needed to help this young couple passing through such a traumatic experience. His presence was a source of comfort and strength during an unimaginably difficult time. Now Felipe and Mariana, the couple, and their daughter and son are happy, prosperous entrepreneurs who with Xan's help found a way to move on with life and rise above their worst nightmare.

These examples illustrate his deep compassion and his ability to inspire hope and healing in those around him.

Xan is not without flaws, but his commitment to growth, work, and self-improvement is remarkable. He actively seeks to learn from his experiences, whether as a father, partner, or community member. He consistently aligns his actions with his values of compassion, integrity, and service. He admits he made a mistake and is committed to fixing and doing whatever it takes to be able to be with his daughters again. He has grit, he is resilient, he doesn't stop when he's tired -- he stops when he's done. He's committed to making things right and will find a way.

In every aspect of his life, Robert Xan Paul demonstrates an extraordinary commitment to others. Whether through his devotion to his family, his tireless work to improve his community, or his efforts to live with integrity, he has positively impacted countless lives. His dedication to education, community development, and emotional support is unmatched.

I hope this letter provides a comprehensive understanding of the man Xan is—a loving father, a dedicated community member, and a person who strives every day to make the world a better place.

Thank you for your time and consideration.

/s/ Marina Carvalheiro Nogueira
Marina Carvalheiro Nogueira





























# A-2

**Letter from** ██████████ **Nogueira Paul**

Dear Judge Seeborg,

My name is ███████  I am sixteen years old and Robert Xan Paul is my father. My father was the first to hold me when I was born, and just as he was one of the first people I turned to on the day I entered this world, he has remained that person in the years that followed.

My father would say he's a simple person, but I would always beg to differ. He is smart, so smart, brave, incredibly hardworking, and incredibly kind. As a child, I looked up to him, wanting to be as much like him as possible and I remember breaking down what made him... "him", into four principles: hard work, kindness, knowledge, and something else I'll get to in a second. There was never a conversation where he didn't try to teach me something or help me, and there was never a moment where he left his family for later.

Which brings me to the last principle, he wanted. He *wanted* to be there for me, my sisters, my mother, even his friends. It wasn't just duty or responsibility; it was a deep, genuine desire. He wanted to teach us everything he knew, to create good memories, to be a good father, to be a good husband, to be a good person. And he still does that to this day. Trying is one thing, but truly wanting is something different. And my dad always wanted to be there, for us, for our family, and for everyone he cared about. The fact that he's not here with us, at home, laughing and spending time together, is something we feel every day. Our family has always been very close, and it's like there's this piece of us missing since he's been gone. Not to mention how much we depended on him at home.

We've all had to adapt to hardships we never thought we'd face, but with my father gone, many responsibilities that were once his have now been passed down to me, my sisters, and especially my mom. She's always telling me how overwhelmed she feels, and while we manage to get through it together, it doesn't make things any easier. Taking care of the house, the dogs, my little sister, driving to school, studying together, dealing with work... these are just some of the things that used to be shared and now weigh heavily on us.

However, even with all of that, my dad does everything he can to help from afar. He's always reaching out, helping with money, school, and really, just showing how much he cares and how hard he's trying for us. He's still the dad who held me first, the one who taught me how to live with kindness, courage, and confidence. That's why I'm writing this right now, because I believe in the person he is, and I want to share with you how I see him.

The background of my education gives a glimpse of how my father cares for us. Neither of my parents were happy with the school system my sister, ███████ and I were placed in. Not only did they find it inadequate, but it kept us apart for long periods, and I, as the oldest, was already unhappy. Bullying, insecurity, and struggling to understand things consumed me. My parents knew they had to do something, and that's when I started homeschooling.

Not only did our education become something different from the other kids around us, but our lives too. Although we were part of programs like Time4Learning, much of what we learned came from my parents. If it wasn't taught directly by them, it was through courses or teachers they found. A biology teacher, a Portuguese teacher, a pianist, workbooks, and even groups of parents who, like mine, were unhappy with the school system and came together to teach what they knew. But most

1

of it was my parents, and my dad always did his best to find more people to help us learn as much as possible or just take the task upon himself.

He's quite the people person and would go out looking for those with experience and knowledge, asking if they could share what they knew with us, and most times, they agreed. I remember being around 9 when he asked a friend to teach us how to make tererês, colorful braided threads that wrap around small sections of hair, making beautiful accessories. My sister and I loved making handmade things, so we were really excited to learn.

Tererês are really popular here in Ilhabela, and both my parents and I quickly realized we could have fun trying to sell them. Soon enough, we heard about an event where people gathered to sell their own creations, and my sister and I were beyond excited, though, nervous too. But not only did my dad constantly reassure us, but he also helped with everything else. He helped us build a contraption to carry everything to the fair and one to display all materials, helped to paint a sign, so people could see us from far away, to choose the colors of the thread and beads, and most importantly, he stayed with us through the whole process and the throughout the whole day. He even asked his friend to come with us and play guitar while we braided people's hair, which made it even more special.

It's a very precious memory for me, and I'm sure for him too. It was our first time selling something to other people, which might not seem like a big deal, but for a young girl, going out there, talking to adults, and realizing she could share her work and succeed, it felt huge. And so much of that was only possible because of my father.

I also remember him trying to teach my sister and me about human biology. He hung every single page from one of his anatomy books, with huge, detailed pictures, all over the house so we could casually read them throughout the day. Or how he would read us books in English to help us improve our vocabulary and pronunciation. How he would explain anything we would ask about with so much vigor that I can still remember almost every story. Even when he was fixing something at home or helping someone in the neighborhood, if it was safe, he wanted us there watching or even trying it ourselves so we could learn how to do it on our own.

We, his family, are the center of his world. His whole life, since I can remember, he has dedicated so much to us and done almost everything thinking about how it could benefit me, my mother, and my sisters, in the end. How it would pay off in a year or two... or ten... or twenty. Of course, like anyone, he had his own ambitions, desires, and dreams, but many of them had grown to be around us. One of the things he would constantly remind me of was that what he truly desired with everything he did, was to prepare us for life, for the world, but more importantly, to live happily and freely. He wanted us to be able to make our own choices, not being limited to what we can't do, but to what we want to do. And to be confident that we could pave our own way, even when alone.

As a child who had grown up studying at home with limited exposure to other kids and socializing, I could have easily grown to be someone afraid of interacting with other people, but I can confidently tell you I am not. Sure, I'm not going to go off running and chatting with anyone I see right in front of me, but if I had to, I could. And that is because of my dad. He was the one who taught me not only to be confident and to just "do the thing," but he also taught me what was necessary to be capable of being confident in the first place, and that applies to other areas of my life as well.

2

My father was, yes, very much my teacher, but he was, of course, also my dad. My dad would say he wore many hats in our family, and that's both fair and true. He'd be the one to figure out what was wrong with the car every once in a while (I guess he would be the mechanic in that case), he made the scrambled eggs and the painfully sour lime water in the morning (we don't compare his kitchen abilities to Mom's), and, as I've repeatedly said, he taught me things all the time, so my teacher. The list goes on, but most of all, the one I have always adored the most was when he was simply and truly just being my dad.

Playing games late at night, watching movies together while judging the protagonist for their lack of common sense, the little walks where we talked about nothing and everything, helping me learn how to roller skate, running alongside me while I learned to ride a bike, the unavoidable and classic dad jokes, the way he made my mom laugh, the way he'd always speak for our pets as though he could actually understand what they were thinking, listening to me for hours if I needed to express myself, and genuinely giving wholehearted answers.

The warm hugs, how every time we went out, he was the first to grab the baby, my now little two-year-old sister, because he just loved carrying her around, the silly Nerf wars, secretly buying sweets without my mom knowing, reading me books at night before bed, just enjoying each other's company, and so much more. Right now, there is nothing I want more than to have those moments back. To have my father with us, here, by our side, by my side, again.

I know you have a decision to make, but please, please don't keep him away from us any longer. He's a good man, a loving father, and we all miss him very much.

Sincerely,


*/s/⬛⬛⬛        Nogueira Paul*
⬛⬛⬛  Nogueira Paul

Letters in Support, Ex. A 020

**PHOTOS:**







4





Letters in Support, Ex. A 022

# A-3

**Letter from ██████ Nogueira Paul**

Dear Judge Seeborg,

My name is ▮▮▮▮ and I'm Xan's second-born daughter. I'm writing this card not for you to pity my dad. I want you to understand at least a little bit of the love and care he's put into raising me and my sister and making our family what it is now. Dad has always done everything he could to give us the best life possible, and I truly believe he succeeded. Of course, every family has its challenges, and sometimes listening to parents can be annoying. But Dad has always been patient and, most importantly, there when we needed him. Now that he's away, I realize just how much he meant to me and how important it is to have him here.

When I was 5 and my sister ▮▮▮▮ was 7, she got bullied at school. Soon, my parents decided it might be better for us to get a private education at home, where we could learn not just school subjects but also life skills for the future. During those 5 years of homeschooling, Dad always did his best to help. He taught us some martial arts, like karate and how to use nunchucks. We learned to roller skate, and our English improved a lot since we mostly only knew how to speak Portuguese back then.

Mom and Dad didn't have stable, strict jobs. They thought it was better to always be present in our lives instead of leaving us to be babysat or stuck in kindergarten. Dad would give yoga classes, and my sister and I would often participate. I still remember finishing the yoga class and quickly scooting into Dad's lap while he talked to the rest of his students.

When I was about to go into fourth grade, Mom and Dad worked with some friends to start a school together. It was an extremely fun experience, even though it was stressful. It was nice because we got to talk to, meet other students, and make new connections. Mom and Dad always worked hard to make sure all the students were developing and learning well. We went on some school trips, did experiments, and even gave presentations to the other parents. In one of those projects, the students were asked to write a letter to someone they aspired to be like and I chose João Appolinário. He used to participate in Shark Tank Brasil. He is an extremely successful entrepreneur and he actually replied to my letter where he offered some really good advice. It was really cool.

In 2021, Mom got pregnant, so we left the school and went back to homeschooling. It felt a little weird to go back, but I still enjoyed it. It was nice to get our parents' full attention and guidance. Soon, ▮▮ was born, and it was on my birthday too. That was nice, but it was a little hard for me because I was no longer the youngest but the middle child. That's why I talked a lot with Dad, who was also a middle child, about what it was like, and soon I understood that it wasn't all that bad. Dad was really close to ▮▮ I remember him carrying her all the time. She would only want to stay on his lap and take baths with him.

At the end of 2022, Dad went to jail for the first time because of this case. We were really scared and sad. Dad was devastated to be far from us, but he always acted strong and brave. After a few months, he could come back, and we took the chance to spend as much time with him as possible. We went on trips and hung out with friends. I even went sailing with him and some of his friends, where they taught me how to control the boat and use the sails. Overall, Dad has always tried to be as present as he could in our lives. Even now, while being in a whole different country, he calls us every day to check in and sends videos and pictures all the time. We talk about school, fights

between my sister and I, and sometimes he even helps with homework, doing everything he can to stay as involved as possible while being heard and seen through a small phone or computer screen.

That's why I'm asking you to please let him come back to us. When he's not here, it feels like a part of us is missing, and no amount of phone calls can replace having him with us. He's the one who taught us how to ride our bikes, the one we played with when we played tag, and the one who taught us so much more than that. If there is one thing I know about Dad, it's that he never gives up. We love him so much, and I hope you can see the effort he's made to stay connected to our family, how he wishes that he never did anything wrong and how much he means to all of us.

Thank you,

 *Nogueira Paul*
Nogueira Paul

# A-4
## Letter from Sarah Elizabeth Polk-Paul

The Honorable Richard Seeborg

Chief District Judge

United District Court for the Northern District of California

450 Golden Gate Avenue, San Francisco, 94102


Dear Honorable Judge Seeborg,

My name is Sarah Elizabeth Polk-Paul. I am Robert Xan Paul's mother. His father, Robert Emmett Paul passed away in 2017. At the time of his death, we were divorced. I am a 71-year-old retired primary school teacher.

I was raised by a mother who was of no-nonsense German descent. Combine that with a strict Southern Baptist background, making for a very difficult mother figure as my model.

My father was from a small South Carolina village. He was open and charismatic. These parental factors created a very tense home life for me as I grew.

My father's name was Xanthan, we called him Xant. In September 1978 at my father's deathbed, I walked away, and looking back at him I had an intuitive realization that another Xant was coming to the world. Soon after, I discovered I was pregnant with Xan.

I was very affected by my mother's parenting and continued interference. This caused much confusion as I began to have questions about my own parenting skills. As I reflect on this, I realize I mixed this confusion with the free-spirited mindset of a South Carolina man seeking his own journey through life with as much laid-back ease as possible. This resulted in tribulations that transferred into our home and to our children.

The greatest gift for a parent to receive from their child is to see them grow into a productive adult. Xan's path to this ideal was laden with challenges. I feel the difficulties were definitely related to adversity in the household, stemming from his father and myself.

In his teen years, there were also struggles related to other factors, such as being a minority in a school system where he faced troubles. It became a pivotal moment when it was obvious he should be removed from our city to get away from many of the problems he was dealing with.

I feel this decision helped him to become the adult man that he is today. After leaving and getting a different perspective, he became involved with church youth groups at the Presbyterian and Episcopal churches in our area. During this time, he even went on a mission trip to the Dominican Republic, where he experienced poverty drastically different from what he had experienced before. A story I can share is that when leaving the third-world country, he elected to give away all of his material possessions and come home only with the clothes on his body.  He was always sharing and tender, but this really showed me how important being of service was to him.

In his early professional career, I heard of his service to others through the parents of mental health clients he assisted as he worked for the Department of Mental Health in South Carolina. Some of those individuals today are successful because of the guidance and care he provided back then.

1

Other contributions I observed while he worked in his yoga practice and hearing commentaries from his clients.

Another account of his charity is when he made a trip to India alone to receive more training in yoga and massage. Again, he chose to assist the people he encountered there and once more returned home only with the clothes on his body and gifts for others because he left all his belongings amongst the slums he encountered while traveling.

Today he is a man of principle, and selflessness, whose generosity to others is often more important than to himself. He lives modestly.  He takes care of his family.  His family motivates him. He cares for his neighbors and works to make things better around him.

I can give many examples of assistance he has provided over the years. A few could be: cleaning up poor areas after storms, putting himself at risk to assist the elderly to get out of storm-ridden areas, opening schools, organizing community projects, training young paddlers to develop a career to pull themselves out of poverty, providing therapies to all classes of people in need, or just being a good friend. He gains value from giving. His personal growth and spirituality are demonstrated through his drive and willingness to help others.

I have discussed this case with Xan, and he has taken responsibility for his error. I know that his decision to plead guilty was not one taken lightly. From my understanding, he was motivated by his principle of responsibility. He told me and I quote:

"I acted, I was wrong, I am paying for it, and I will make it right."

Despite his crime, I support him because he is a good man. He is a loving father and husband who is an honest man despite this mistake. I feel he has learned his lesson and even grown through this affair to be an even better person who will undoubtedly be of even greater service as he moves on with his life.

I have witnessed the stress and difficulty he has gone through being away from his children and family. I have seen the importance he plays in his household from his daughters and wife. Furthermore, I have seen the dedication he has for them as he takes many hours a day reaching out to them online and trying to help with their challenges. Each child still gets his attention, even though it does not meet their necessities like being physically present does.



*My granddaughters (████████ (16), ██████ (14) and ██ (2)*

2

Xan chose to give the quality of devotion and time to ▮▮▮▮▮▮▮▮▮▮▮▮▮ when he at home, but his youngest daughter, ▮▮▮, is not getting that same attention because he is separated from them while here in the USA. This is painful for him and unjust for them.

I am sure that Xan will prioritize the welfare and education of his girls once he is reunited with them. He will certainly return to teaching yoga, managing properties, doing construction, and pursuing professional opportunities that enable him to be close to these girls while he also meets the financial responsibilities he has. As far as I know, it has always been his prerogative to raise his children. Once they are grown and ready to go out on their own, he always intended to focus his gifts, education, and high energy into other areas of productive business and professional development. You will not see him in this type of situation again; Remember that this is related to something that happened 14 years ago, and nothing like this has occurred since.

As a family, we are all ready to heal from this and move on to a more positive future. I humbly request you assist us in the resolution of this so Xan can be reunited with his family. This is the best path for him to be responsible and a contribution to society.

Thank you, Judge Seeborg for your attentive consideration of this letter and the information I have shared.

Sincerely,

Sarah Elizabeth Polk-Paul
Sarah Elizabeth Polk-Paul

3

# A-5

## Letter from Xanthan William Lee

December 23, 2024

The Honorable Richard Seeborg
Chief District Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Judge Seeborg,

My name is Xanthan William Lee, and I am writing to support my brother, Robert Xan Paul. Over the past year, he has lived with me, and I have served as his custodian since last December. I hope to provide helpful insights about his character as you consider his future.

I have known Xan since June 5, 1979. I was seven years old. We met about 15 minutes after he was born. It is one of my earliest, most vivid memories. A nurse carried him out the two swinging doors of the delivery room. I was standing there holding my Grandmother's hand when the nurse said, "Meet your baby brother." We locked eyes and both grinned ear to ear as I touched his tiny hand. My Grandmother, with tears in her eyes, said, "He just smiled at you!" We've shared a connection since that singular moment that is etched in my mind's eye. I felt his strength, compassion, and love that first meeting.

We share the same mother but have different biological fathers. Our father, Emmett Paul, treated me as his own and raised us to value hard work, leadership, and service to others. A plumber, contractor, and commercial fisherman in Beaufort, South Carolina, Emmett's legacy of kindness and dedication shaped who Xan has become. Even after Xan moved to Brazil nearly 20 years ago, people in Beaufort still share stories of his generosity and helpfulness. Xan's closest friends in Brazil share similar stories.

Xan embodies our father's values. He is a talented carpenter, compassionate friend, and active community servant. Living with him this past year has been energizing. He has helped me with significant home renovations and supported elderly friends in my community with repairs, expecting nothing in return. His intellectual curiosity and thoughtful discussions have enriched our time together.

Family is Xan's top priority. We have spent countless hours over the last year discussing our children. We have five amazing daughters between our two families. I have witnessed, first-hand, Xan's daily ritual of supporting his children, wife, and his wife's family since he came to live with me. While he hasn't been physically present for over a year, he has been connected through daily video and phone conversations, emails, and text messages. He helps with homework, family situations, and the occasional home repair. It's inspiring to see how he empowers his family to work through challenges and supports their emotional needs over such a long distance. I can see how the weight of not being there to help his wife with their two-year-old and two teenage daughters wears on him. It's been challenging for him to be away from his father-in-law who is dealing with a terminal health issue. But he always finds the strength to support and encourage his family in Brazil, providing them with the guidance to keep moving forward. His resilience and commitment to his family are evident.

This year has also allowed my wife, daughters, and me to deepen our relationship with Xan. We've spent Christmas and Thanksgiving together with our mother. We are excited that his oldest daughter, ██████████ will be with us this Christmas. It is a true joy to see her connecting with her

cousins and I've loved getting to know her since the last time I saw her in person was when she was an infant. These moments have been a source of joy and gratitude.

Looking ahead, Xan and I have discussed professional goals, which include returning to Brazil, when possible, to continue his life there. Over the longer term, we've brainstormed starting a yoga and kayaking studio in Beaufort. This would enable him and his family to split time between the U.S. and Brazil, fostering connections with his family and both communities.

I am aware that my brother has decided to plead guilty to a crime, and I will continue supporting him as he works to rebuild his future.

Xan has been a steadfast presence throughout my life - from childhood to serving as Best Man at my wedding. He was the first person I called when my daughters were born. There is no one I trust more. While the past few years have brought challenges, I've been inspired by his accountability, optimism, and unwavering dedication to his family's future, and doing the right thing.

Thank you for your time and consideration. I have included some photographs to document the last year. Please contact me if you have any questions.

Best personal regards,

Xanthan William Lee

Cell: ████████



*Figure 1: Emmett, Will, Xan – Best Man (6/14/03)*



*Figure 2: Xan and Will (12/18/23)*



*Figure 3: ███████ Arrives in Raleigh (12/14/24)*



*Figure 4: Reunited Raleigh (12/14/24)*



*Figure 5: Reunited Raleigh #2 (12/14/24)*



*Figure 6: ████████ and ████████ - Cousins Meet in Raleigh! (12/14/24)*



*Figure 7: Baggage Claim Raleigh (12/14/24)*

# A-6

## Letter from Camila Nardelli

*The Honorable Richard Seeborg*
*Chief District Judge*
*United States Distric Court for the Northen District of California*
*450 Golden Gate Avenue, San Francisco, CA 94102*

*Written by Mrs. Paul's cousin, Mrs. Camila Nardelli, 28, clinical psychologist &*
*Resident of São Paulo, Brazil (R. Dom Armando Lombardi, 80, CEP 05616-010).*

Dear Sir,

I ask for my letter to be taken not only as the testimony of a family member of Mrs. Paul, who happens to be a dear cousin of mine and whose impeccable character I can vouch for without a moment's hesitation, but also as the opinion of an observer of human nature.

Ever since I met Mr. Paul, in the year of 2005, I could see the forlorn child behind the man. Later, I would learn that his upbringing had not been what one, as a social being, would deem desirable.

As the years went by, I could see that Mr. Paul's smiling face and gentle manner were a mechanism of his, a mechanism he used to hide the afflictions of his past, a past filled with negligence, ███, and a poor relationship to his caretakers. I do not say this to move you, or anyone else – things are as they are, and it is up to each of us to make do with what life throws our way. And this he tried: As a close friend of Mrs. Paul, I could see that, in one way or another, failing many times and succeeding many others, Mr. Paul tried his best to fulfill his duties as a husband, a father, and a working man. His three young girl's pleas to see their father again and hold him in their arms are a fair proof that this man didn't completely fail.

Mr. Paul also tries to serve others. One of my memories of our acquaintance (which he, himself, probably doesn't recall) is of him helping me out of a violent stream. Would I have drowned then? Probably not, but I might have gone through a scary moment, and he did not hesitate to lend me a hand in a dangerous situation. This man is not a risk to society. He is someone who acts as a good, respectable citizen. He has learned the hard way that he has to give his daughters the example he never had. There's nothing that can get a man to straighten his ways and to break unhealthy patterns better than his love of his family – and the love *from* his family.

I want to share something that one of his daughters, 13-year old ███ said to Mrs. Nogueira, her supporting and ever-loving maternal grandmother. ███ is a stellar student, and she has the chance to win a prize at her school, something that would get a small amount of cash. She didn't think twice. Her immediate reply was: "I sill save the money so I can bail my father out". Little does she know that this money, no more than $70, could hardly be of any help. However, this girl's undying loyalty and love of her dad sets an example for all of us. She could have gone for a make-up set, but at her tender age she thinks only of saving her hard-earned cash in the hopes of seeing her dad again.

He may have failed her once, by choosing not to meet his respectable country's standards and by not fulfilling its sacred laws. He recognizes that now, though, and he has learned his lesson by being away from his wife, his children, and everything he holds dear. I understand he must pay for his crime – but also wanted to emphasize that he has already paid a steep price with his emotional and financial recourses, and by knowing his daughters are growing up without a father.

I want to end this with a quote that I appreciate, by the notable, Landshut-born father of anthropological materialism, Ludwig Feuerbach: "*The power of thought is the light of knowledge, the power of will is the energy of character, the power of heart is love. Reason, love, and power of will are the perfections of man*".

I firmly believe these things can be learned and developed when people are given the proper chance to repent and make better.

Respectfully yours,

*/s/ Mrs. Camila F. N. Nardelli*
 Mrs. Camila F. N. Nardelli



*Mrs. Nardelli, as a child, in Mr. and Mrs. Paul's wedding day*



*Mrs. Nardelli, last year, with
█████ (16) and █████ (13)
Paul*



*A picture of Mr. Paul with his three daughters - █████, in purple, plans to save her earnings to help her father*

# A-7
## Letter from Fabrício Parreiras Aricó



Rua Clark, 250
Faz. Morro das Pedras
CEP 13279-400 - Valinhos - SP

Honorable Chief District Judge Seeborg of United States District Court for the Northern District of California 450 Golden Gate Avenue, San Francisco, CA 94102

Your Honor,

I am writing to you regarding Robert Xan Paul who is currently before your court. I have known Xan Paul for 10 years, and I can attest to his character, his contributions to our community, and the circumstances that have led him here today.

Xan Paul is someone who has always demonstrated a strong sense of responsibility and integrity. He has been an active member of his school as a teacher for young kids, one of the kids was my daughter▆▆▆ and my son▆▆▆, he has been for more than 8 years my student in Brazilian Jiu-Jitsu, we have been competing for our city at the state championship of Polynesian paddle canoe and our families have been close friends. His commitment to teach kids the path of responsibility in school and in my Jiujitsu classes highlights not only his dedication but also his desire to make a positive impact on our society.

I am aware that Xan Paul has made a mistake, but I can assure you that this does not define him. He has expressed deep remorse for his actions and has taken steps towards rectifying his mistakes.

Given Xan's character, his past contributions, and his genuine efforts towards personal improvement and for the love he always has shown for his wife and his three daughters, I respectfully request that you consider a sentence that would allow him the opportunity to continue his positive contributions to his lovely family and our society. A sentence that focuses on rehabilitation rather than long-term incarceration could not only benefit Xan but also our community and his family, which would lose a valuable member for an extended period.

Thank you for taking the time to consider this letter. I am confident that Xan will learn from this experience and continue to grow as a responsible and contributing member of our community.


Sincerely,

At,

Fabrício Parreiras Aricó
CEO

www.oportunaempreendimentos.com.br



Rua Clark, 250
Faz. Morro das Pedras
CEP 13279-400 - Valinhos - SP



Xan in 2015 beginning his path in Brazilian Jiu-jitsu, Marina his wife, her sister and his father in law.



25th April of 2017 Xan Paul and his daughters ████ and ████ at one of my classes of Jiu-Jitsu.

**Oportuna**
empreendimentos

Rua Clark, 250
Faz. Morro das Pedras
CEP 13279-400 - Valinhos - SP



27th of May of 2017, me and my student and friend Xan Paul competing at the International Brazilian Championship of CBJJ.



Xan Paul, his wife Marina, his older daughter ▮▮▮▮ and his younger daughter ▮▮▮▮ during a class of Jiujitsu in February of 2018.



Rua Clark, 250
Faz. Morro das Pedras
CEP 13279-400 - Valinhos - SP



November of 2018 Xan Paul and his family receiving their Jiujitsu graduation.



December of 2018 receiving the medal of the Paddle around Ilhabela Island.

Letters in Support. Ex. A 038

Oportuna
empreendimentos

Rua Clark, 250
Faz. Morro das Pedras
CEP 13279-400 - Valinhos - SP



April of 2019 when we classified for the World Championship of Polynesian Paddle canoe.



July of 2019 Xan Paul preparing his school with his daughters and my wife Pedrita.



Rua Clark, 250
Faz. Morro das Pedras
CEP 13279-400 - Valinhos - SP



March of 2020, Xan Paul, his kids and my kids, watching a movie in my home.



July of 2020, Xan Paul kept working and giving classes online for the kids
during the pandemic.



Rua Clark, 250
Faz. Morro das Pedras
CEP 13279-400 - Valinhos - SP



My parents, my family, Xan Paul family and friends during a confraternization.



My daughter ▮▮▮▮ and Xan, studying together.



Rua Clark, 250
Faz. Morro das Pedras
CEP 13279-400 - Valinhos - SP



Xan Paul teaching the kids at the school at the end of September 2021.



Xan Paul in the beginning of 2022 helping a disabled friend of mine to conquer his dream of paddling!

Letters in Support Ex. A 042

Oportuna
empreendimentos

Rua Clark, 250
Faz. Morro das Pedras
CEP 13279-400 - Valinhos - SP



Xan Paul got highlighted at the local news paper as one of the local members of the community.

# A-8
## Letter from Amanda Azis Alexandre

**Honorable Chief District Judge Seeborg,**

My name is Amanda Azis Alexandre. I am married to Otávio de Lima Costa, and I have one daughter and two stepchildren. I am a preschool teacher and work in the public school system in the city of Osasco.

I met Xan through my husband, Otávio, when we were still dating and went on a trip to Ilha Bela. On our first night on the island, we had dinner at Xan and Marina's house. I remember it was July, and it was very cold. I had a cold and could hardly speak due to a sore throat. Xan asked if I would like some tea, and I accepted. I lay on the couch while he and Otávio played chess. I chatted a bit with Marina and the girls, _____ but my voice was really not cooperating, and talking was difficult. Xan then asked if I wanted a foot bath. He explained that it would help relieve the symptoms of my cold. I declined because I didn't want to be a bother. But he did it anyway, and I was quite impressed by his kindness. He had just met me.

A year after that trip, Otávio and I decided to get married. Xan, Marina, and the girls came to the celebration to our great joy! Both their presence and the gift they chose for us touched me deeply. They gave us a mandala, which is still hanging in our living room, made by an artist from the island especially for us. The artist needed to know our characteristics and details about our story to create the mandala. The sensitivity of this gift, thoughtfully crafted for us, speaks a lot about Xan and Marina, one of the most special couples I know.

These two situations I described speak for themselves about who Xan is.
Additionally, I would like to highlight his decision, along with his wife, to opt for homeschooling their older daughters. As an educator, I believe the school plays an important role in children's socialization, but I recognize the commitment required from parents who choose homeschooling. Xan and Marina have always had this commitment, and _____ are definitive proof that this unconventional type of education in Brazil can indeed work very well. They are kind, attentive, fun, hardworking, and determined girls.

On a brief walk around their house, ____ taught me more plant names than I could have imagined a child might know. And ____ was so attentive and patient with my stepchildren that they wanted to move into her house!

I have known Xan for about six years. Because we live far apart, we don't meet often, but every time we do, I am convinced that he is an honorable man, deeply dedicated to his family.

About three years ago, the family visited us here in Osasco, and we had the pleasure of meeting little ____ the surprise baby who filled their home with joy and activity, as only blessings can!

I'm not sure if it is appropriate in this letter to make requests, but if I may ask for something, I hope that the historic North American justice system is honored and that it prioritizes what truly matters: family unity.

Respectfully,
Amanda Azis Alexandre

Amanda Azis Alexandre
14/12/2024

# A-9
**Letter from Felipe Neves Barros**

*This letter has been translated into English through the use of internet-based translation tools. The original letter in Portuguese is appended to the English translation.*

**To the Honorable Judge Richard Seeborg**
Chief District Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**Subject: Sentence Letter to Robert Xan Paul**

Honorable Judge Seeborg,

My name is Felipe Neves Barros, I am Brazilian and I live in Ilhabela, São Paulo. I have known Robert Xan Paul since I moved to the city, where he quickly became a central figure in my life and that of my family. His impact on our community, and on me personally, has been profound and extremely positive.

Robert Xan Paul introduced me to yoga, an experience that significantly transformed my well-being. This practice brought me balance and clarity at a critical time in my life. He also extended his kindness and support to my wife, encouraging her to exercise during a challenging time. This gesture illustrates his generosity and commitment to helping those around him.

Robert Xan Paul is not only an exceptional friend, but also an essential part of our neighborhood. His willingness to help anyone in need is unmatched. Whether it's solving urgent problems, such as safely removing a venomous animal, or assisting with community projects, he is always available, demonstrating unparalleled dedication and care for everyone.

Additionally, Robert Xan Paul exemplifies the values of family and community. He is a devoted father who prioritizes the education and development of his daughters, setting a shining example for all of us. His absence is deeply felt in our neighborhood, as he always brought positivity, honesty, and a sense of togetherness to all who knew him.

Robert Xan Paul's influence goes far beyond individual acts of kindness; he embodies the spirit of connection and generosity that strengthens our community. I am certain that, given the opportunity, he will continue to be an invaluable resource to those around him, promoting support and positivity wherever he goes.

I appreciate you taking the time to consider this letter and allowing me to share my perspective on the character of Robert Xan Paul. His absence is deeply felt, and I hope this letter offers insight into the extraordinary person he was.

Kind regards,

*/s/ Felipe Neves Barros*
Felipe Neves Barros


Ilhabela, Sao Paulo

**Ao Excelentíssimo Juiz Richard Seeborg**
Juiz Distrital Chefe
Tribunal Distrital dos Estados Unidos para o Distrito Norte da Califórnia
450 Golden Gate Avenue
San Francisco, CA 94102

**Assunto: Carta de Sentença para Robert Xan Paul**

Excelentíssimo Juiz Seeborg,

Meu nome é Felipe Neves Barros, sou brasileiro e resido em Ilhabela, São Paulo. Conheço Robert Xan Paul desde que me mudei para a cidade, onde ele rapidamente se tornou uma figura central na minha vida e na da minha família. O impacto dele em nossa comunidade, e em mim pessoalmente, tem sido profundo e extremamente positivo.

Robert Xan Paul me apresentou ao yoga, uma experiência que transformou significativamente o meu bem-estar. Essa prática me trouxe equilíbrio e clareza em um momento crítico da minha vida. Além disso, ele estendeu sua gentileza e apoio à minha esposa, incentivando-a a praticar esportes durante um período desafiador. Esse gesto ilustra sua generosidade e o compromisso em ajudar as pessoas ao seu redor.

Robert Xan Paul não é apenas um amigo excepcional, mas também uma parte fundamental do nosso bairro. Sua prontidão em ajudar qualquer pessoa em necessidade é inigualável. Seja resolvendo problemas urgentes, como remover com segurança um animal peçonhento, ou auxiliando em projetos comunitários, ele está sempre disponível, demonstrando dedicação e cuidado incomparáveis com todos.

Além disso, Robert Xan Paul exemplifica os valores de família e comunidade. Ele é um pai dedicado, que prioriza a educação e o desenvolvimento de suas filhas, sendo um exemplo brilhante para todos nós. Sua ausência é profundamente sentida em nosso bairro, pois ele sempre trouxe positividade, honestidade e um senso de união para todos que o conhecem.

A influência de Robert Xan Paul vai muito além de atos individuais de bondade; ele personifica o espírito de conexão e generosidade que fortalece nossa comunidade. Estou certo de que, se tiver a oportunidade, ele continuará sendo um recurso inestimável para aqueles ao seu redor, promovendo apoio e positividade onde quer que esteja.

Agradeço por dedicar seu tempo para considerar esta carta e por me permitir compartilhar minha perspectiva sobre o caráter de Robert Xan Paul. Sua ausência é profundamente sentida, e espero que esta carta ofereça uma visão sobre a pessoa extraordinária que ele é.

Atenciosamente,
Felipe Neves Barros
Ilhabela, São Paulo

# A-10
## Letter from Randolph and Trudi Cary

December 5, 2024

The Honorable Richard Seeborg

Chief District Judge

United States District Court for the Northern District of California

450 Golden Gate Avenue,

San Francisco, CA 94102

Dear Judge Seeborg,

My wife and I have been asked to write a letter of endorsement regarding our relationship and knowledge of Mr. Xan Paul. By way of background information, I am seventy-seven years old and spent my career as a commercial banker starting as a credit analyst in 1970 and completing it as a bank president responsible for organizing and starting a community bank, MidCarolina Bank, that reached $500MM in assets within ten years. My primary strength was finding and retaining smart, responsible people to assist me in this effort. The bank was very successful and my proudest accomplishment. My wife Trudi is sixty-two and has had a very successful career as an executive administrator with several very successful companies in our area and is still employed in that capacity. Both of our strengths are very similar, that being very good judges of people. I am now retired from banking but operate a digital sign company, as well as a financial consulting firm assisting young entrepreneurs.

Mr. Paul was introduced to us in February of 2024 by his brother Mr. Will Lee, an old family friend and professional acquaintance. We had the occasion to have seven pieces of furniture delivered to our home here in Burlington, NC. Mr. Lee and his brother Mr. Paul picked up the furniture and delivered it to us as requested and then spent four hours assembling a large sectional sofa which required quite a bit of effort and electronic knowledge. We were compensating Mr. Lee for this work and were impressed with Mr. Lee's brother who worked nonstop and displayed significant knowledge about the challenges of this set up. He was remarkably quiet but had a friendly demeanor. During this job we learned that Mr. Paul had experience with tile repair and had built homes by himself while living in Brazil. Several weeks later we asked Mr. Paul to come by and evaluate some bathroom shower tile issues that we were having. He came to our home and evaluated the issue and indicated that he could repair the problem. That was the beginning of a continuous stream of multiple repair, maintenance, construction, and replacement projects at our home. He has worked with us completing between 40-50 specific projects since February 2024, some small and some of significant scale. His work ethic was extraordinary and his ability to solve problems was remarkable, all the while exhibiting a very friendly yet professional attitude. There was simply nothing that he couldn't do and do with a smile.  We were compensating Mr. Paul at a modest rate, but he was always appreciative of having work to do so that he could help carry the financial burden he was incurring living with his brother, as well as his family. He also frequently commented that having this work enabled him to keep a positive mental outlook given the legal struggles that he was facing. We also experienced his daily connection with his family, especially

his children and observed his daily encouragement with all of them. It is our opinion that he is very close to his wife and children and is a big part of their lives.

Beginning in the fall of 2024, my wife and I began to travel on several trips. Our regular dog sitter abruptly had to cancel their coverage with us due to a health emergency, and as a result, we contacted Mr. Paul to gauge his interest in stepping into that role. He quickly agreed to help us and has since provided us with coverage and has had to deal with one significant health emergency with one of the two dogs that we own. He quickly got the dog to an emergency veterinarian resulting in probably saving her life. He owns animals himself and has a wonderful way with our pets.

Recently, our neighbors have reached out to us regarding the quality of Mr. Paul's work, having seen him at our home over these past months. We quickly recommended his services and since then, he has been doing repair work for them as well. Our neighbors have specifically thanked us for the referral and commented on his professional attitude as well as his friendly demeanor. He quickly began to be in more demand and could build a successful business if he so desired.

In conclusion my wife and I have developed a very good friendship with Mr. Paul, having spent many hundreds of hours with him working in our home. We have not encountered the first negative experience with him. We enjoyed getting to know him as both a professional problem solver, but also on a personal level learning about his background and his family. We have built our relationship on his daily actions and his interaction with us and our neighbors. He is a very kindhearted person who goes out of his way to go the extra mile, many times not expecting any extra compensation. On the contrary we have seen him do extra work as no charge for one neighbor of very limited means just to help them keep their home from falling into further disrepair. Because of his current circumstances, Mr. Paul has very limited resources, but we have observed his unselfish treatment of others repeatedly. In our opinion Mr. Paul is a positive force for good to others living his daily life as well as he can under trying circumstances. It is our belief that Mr. Paul has been removed from his family for nearly a year and has made the very best of a bad situation.

Over the past ten months Mr. Paul and I have had numerous occasions to discuss his future. He has many good ideas and is quite the entrepreneur. I have no doubt that he will successfully achieve several of his dreams either as a contractor or as a health care worker.

My wife and I appreciate the opportunity to provide you with some details of our journey with a remarkably kind person who has enriched our lives and we thank you for your consideration.

Sincerely,

Randolph J. Cary, Jr and Trudi W. Cary

# A-11
## Letter from Fernanda Castilho Rodrigues

THE HONORABLE RICHARD SEEBORG
CHIEF DISTRICT JUDGE
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE, SAN FRANCISCO, CA, 94102

November 25th, 2024.
Ilhabela, São Paulo - Brasil

My name is Fernanda Castilho Rodrigues.  I am 52 years old, Brazilian, divorced, lawyer and physical educator living and working in an island called Ilhabela, in state of São Paulo, Brasil for ten years.

I am working in my two professions.  As a physical educator, I am a founder of the first gym center for sports outdoor on the beach sand in Ilhabela, Brasil: "Base Alpha Ilhabela."

In October 2016, I started this gym center.  We offer a variety of sports (outrigger canoe, open water swimming and road and trail running). After we opened, I wanted to hire someone to teach stretching classes to help the athletes.  I wanted the person I hired to be a calm person, good mood, capable of teaching well and keeping the teams motivated to practice and who related well with people.  I also needed someone who could commit to a schedule and be willing to work for a low wage because I didn't have money to pay for it, as I was just in the beginning of the business.

In 2017, I got to know Xan Paul. He was already a very well known yoga teacher in Ilhabela. For me was a great pleasure to work together. I knew his reputation working with people not just physically, but the way he created a peaceful environment for his students to practice in. Xan agreed to teach at my center for free. During this time, I also got to know his wife Marina and their two daughters (they did not yet have a third child).

The entire family spent a lot of time in the gym center.  They started to do the canoe classes and Xan just said to me that he wanted to have his family doing the sports and he would continue teaching the yoga classes for free. It was a very good deal and a fair exchange of services. But Xan did much more than what we agreed to. He taught classes for free for an entire two years, twice a week, even when his wife and kids had stopped doing the canoe classes a long time before. He did not receiven anything in exchange for his services and yet he still continued teaching for free.

Xan was a volunteer, working for free because he embraced our purpose to transform sedentary people into people who could be healthy.  Xan believed in our mission and the good results we were having in the competitions and the gym center as in general.

Xan was a wonderful teacher.  He never complained, he was extremely kind to people, competent, he was calm, reasonable and commited to our canoe teams. People in the gym center loved him and his classes.

Eventually, Xan became a member of one of the canoe teams. They traveled and competed all over Brasil. Xan, a modest person, always motivated and supported his team in physical and psychological aspects.

Xan has always been very helpful guy and so commited to his family. The very rare times he didn't show up to teach was when he was helping his wife at home with their kids or doing something for his family.

Marina, Xan's wife, works.  Xan has always been there to help her with the kids and the house. Xan is that type of guy who takes great pleasure in being with his family.  I can only imagine how hard it must have been to for his family to be without him this past year, especially now they have a young toddler.  When Xan left, his youngest daughter was only six months old. It is ironic that Xan, who has beem so helpful for so many children in our community, is now missing raising his own daughters. Those fundamental years no one can give you back.

The way Xan lives, acts and expresses himself is honest and professional. He is a father, a friend and works to help people. He is a benefit to our community.  I would be very glad to have him woking in my company again if he was interested to get back. He is the type of person that I want to have around because he shares the same principles, values and atitude that I have regarding life and other people.

Mr. Chief District Judge Richard Seeborg, I appreciate very much the opportunity to express myself in this sentencing letter to tell what my impressions and experiences with Xan Paul through these years. I hope to help you in your final decision with my real and true writing about him.


Best wishes,

 /s/ Fernanda Castilho Rodrigues
 Fernanda Castilho Rodrigues

# A-12
**Letter from Maria Cielo Costa**

The Honorable Richard Seeborg
Chief District Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

My name is Maria Cielo Costa, I am a 50 year old Argentinian yoga teacher who has lived in Ilhabela (Brazil) since 1999. Aside from my yoga classes, I have been working as a doula and childbirth educator for the past 20 years.

My family has a long relationship with Xan.

My youngest son ▮▮▮▮ and ▮▮▮▮▮▮▮ - Xan´s older daughter- started school together. Many years later ▮▮▮▮▮ became Xan´s student at his Maker Project for teens before he left to the States. Currently Xan is helping my son online as a tutor to get him ready for the admission exam for the International Bacharel to continue his studies and university in Stockholm.

My husband Gabriel and I have been Xan´s yoga students since 2011.
Soon after I started joining his classes I realized I had never had a yoga teacher with such a deep knowledge of the human body and psychology. Not only did he gain my admiration because of this but also and mainly for his selflessness and willingness to help others.
At the end of the class he would be there to sort my questions and teach me specific exercises that would help with an ailment. Even if it was not about a pain of mine. He became my reference when I needed resources for issues of my own yoga students.
He became a very loved person because of his generosity and precious counseling.
For example, on a certain occasion I had missed several classes I had paid for. Since I had paid for those missed classes, he offered to give me a free biomagnetism session to make up for. No one would make such an offer. He would allow me to join his classes paying whatever I could when I had financial difficulties.

I also know Xan as a massage therapist. What I am going to bring now is a good example of Xan as a man of values and social concerns that contributes to making a better society.
In Brazil social inequalities are terrible, and black women are the ones who suffer the most. A big part of them are single mothers with lots of siblings and the only jobs they can get is as domestic help which is very poorly paid for with no social security.  He and his wife Marina (also a massage therapist) had a project in which they would train these women with no access to education  to be qualified to work with massage. Massage is far better paid for than cleaning service.

I also know Xan as a father. A very loving and present father, absolutely involved with the physical and emotional health of his daughters. ▮▮▮▮▮ had problems with her sight and she would have to wear an eye cover for a very long time. I remember this and many other examples of how Xan would spare no efforts to provide for the best medical assistance, even if not available in Ilhabela, nor nearby cities.

I also know Xan an an educator. As a mother I do know how raising kids in the island is very good because of the contact with nature, but quite poor in terms of education. I remember going to his house to take my yoga class and seeing post-it papers everywhere around the house naming things in English to help ███ and ████ develop their vocabulary. As well as thoughts on the walls fostering motivation and challenging yourself to become the person you want to be.

In fact, Xan is such a devoted father that finding no good school offer in this small island, he started studying and researching different learning approaches and ended up developing excellent educational projects that benefited not only his children, but the other children in the community.

So again we are talking of a man who greatly contributes to society in the very important area of education In this sense, Xan has been inspiring not only students but also other educators and parents alike.

One example of this is the Maker Project which I mentioned above - helping teens not only to learn English but also to build self-confidence and develop the joy for learning using technology and creatively connecting science as something they can experience and do things with.
Still another example: Xan was co-founder of the first Acton Academy in Brazil. My kids did not study at Acton because it was too expensive for us, but I know many families that had their kids there. Exchanging opinions about schools with other mothers I would always hear excellent compliments regarding Xan as the most praised, wonderful and loved educator ever.

I also know Xan as a business partner. He and his wife Marina are hard working and have excellent reviews that turned them into reliable superhosts in Airbnb. They work administering other people's properties for temporary rental. We had an excellent experience at the time we were renting our house through Airbnb during the summer season. They took care of absolutely everything in exchange for a small commission.

I also know Xan as a sportsman. Not only did he stand out at jiu jitsu martial art which he also taught to his daughters, but at Polynesian canoe championships as well. He also joined the crew of the sailing boat where my husband races regattas.

Seeing such a good family father, his wife and more than anything else his daughters - ███ (2), ████ (14) and ██████ (16) - going through this situation has been very hard. His last daughter ███ is just a baby. The reason why I work as a prenatal educator, fostering healthy bonds between parents and siblings is that everything we experience in early childhood will have a lifetime effect. This has been widely proved. ███ has lost a loving father - with all the suffering entailed to the whole family affecting her - in the most critical phase of her upbringing. It is also known that adolescence is a phase of special vulnerability on its own, even more so under such heavy circumstances as the trauma of having your dad simply being removed from your life. This is extremely sad and worrying.

Finally, I would like to say that Ilhabela with its 40,000 inhabitants is a small place where people tend to know each other. Since I have been living here for 25 years I do know a lot of people who know Xan. I have never ever heard any bad thing about him, not a single one. He is seen as an excellent and respectable guy everywhere here.

Finally, I would like to thank your Honor for considering the information I have offered.

Best regards,

*/s/ Maria Cielo Costa*
Maria Cielo Costa
███████████████

# A-13
## Letter from Otávio de Lima Costa

**Honorable Chief District Judge Seeborg,**

I am writing to you with the utmost respect and gratitude for your time in considering this letter.

My name is Otávio de Lima Costa, I am 41 years old, married to Amanda, and a father of three wonderful children—█████████████████—who mean the world to me. Born and living in Osasco, SP, Brazil, I currently work as a technology consultant for iFood, based in Osasco, a position I have held for four years. Before this, I spent more than two decades as an entrepreneur, running a free newspaper that served the C and D classes in the suburbs of São Paulo and was supported by advertising partners I managed as my main function.

I first met Xan through a great childhood friend who was also Xan's neighbor, Anderson Biason, during a visit to his house in Ilha Bela, SP, Brazil. Anderson, my father's close friend, was an influential mentor from the time I was four years old. He supported my family profoundly when my father unexpectedly passed away in a car accident in 2004. Tragically, Anderson also passed away in a motorcycle accident in 2022—a stark reminder of life's fleeting joys and painful losses.

My initial impression of Xan in 2012, upon meeting him, was formed by watching him help build a house. At the time, he was methodically lifting a 200-pound beam with the use of a ratchet. This dedication and commitment were as radiant as the sun during our first meeting. I helped him, and I believe a beautiful friendship was formed then. As we would later describe it, a brother from another mother.

His willingness to undertake tasks personally, which many would delegate, was what surprised me most about him. As the years went by, I continued to be amazed as I discovered this was truly his character—a man undeterred by challenges, always striving for the best for his family, friends, and community.

Our friendship flourished during our yoga sessions at the school where Xan was both owner and instructor, during conversations about the evolution of our practice, and discussions on life, politics, and our societal roles.

While we may not have always agreed, I have always held deep admiration and respect for our exchanges, knowing it was reciprocated. We shared many moments—cooking with our families, joyful gatherings with wine, and mourning the loss of Anderson three years ago—a friendship that matured over time, for which I am deeply grateful.

During my challenging divorce in 2017, Xan was an indispensable friend and advisor, helping me stay on the right path. Together, we envisioned bringing an old dream of mine to life—a first step in creating a sustainable community focused on hospitality and self-care for physical and mental health in the countryside around a major urban center.

During that difficult period, Xan and I hiked to the top of Mount Baepi in Ilha Bela to clear our minds and reflect. This hike represented a pivotal moment of clarity and inspiration for this dream. Xan's encouragement shifted my dream from concept to tangible plans, a cherished goal for my family and me.

In 2018, Xan invited me to join him in presenting our project ECOAVIDA - A Sustainable and Profitable Community - at the First Sustainable Fair of Ilha Bela, where he was an organizer and collaborator.

We volunteered there, with Xan teaching yoga and me assisting him for over a hundred students. He also initiated an innovative project called the "Time Bank", an organized platform for community members to exchange services and experiences, fostering a culture of skill exchange and learning where time served as the currency.

Over the years, I've seen Xan take on numerous initiatives that I greatly admire; to be concise, I've listed them below:

- Organized community outreaches in his neighborhood, promoting actions to clean street gutters and ducts.
- Explored sustainable practices at home, such as aquaponics, material reuse, and bioconstruction, which he shared with his daughters and friends.
- Tutored his daughters at home with a disciplined and structured homeschooling approach.



In regards to homeschooling, Xan and Marina made the decision to establish a special school after a successful year of personal tutoring, focusing on fostering children's autonomy. I assisted in the initial phases, including property selection, renovation, and preparing the space to accommodate more children, always with the same care they had for their own daughters.

The school quickly became a local educational benchmark, reaching full capacity rapidly and providing immense value to the community. When they couldn't find an ideal school for their daughters, they created one, a solution that benefited many others as well—a testament to Xan's inspiring vision.

As a father of three, I continue to be in awe of Xan and Marina's adaptability, resilience, and generosity. Raising children while managing professional responsibilities is challenging, but doing so while actively engaging in their education has been truly inspiring.

Xan's profound dedication as a father is truly remarkable, and I earnestly hope for him to be reunited with his daughters as soon as possible. The thought of young ▮ separated from him since she was just six months old, not fully experiencing his nurturing love and gentle embrace, is heart-wrenching.

Understanding the importance of these familial bonds, I humbly ask for your consideration in allowing this family to be united once more.

Recently, I had a lengthy video call with Xan. He expressed how deeply he misses his family and his difficult decision to plead guilty. As a father, I deeply empathize with his situation, and together we shared tears over this heartbreaking situation.

In life, we can all make decisions that later become regrets. Xan's focus is on reuniting with his family, taking responsibility, and continuing to enrich their lives and the community upon his return to Brazil.



Through this letter, I aim to convey my profound respect for this remarkable man. Xan is deeply integrated into our community in Brazil, and his absence is deeply felt not only by his family, but also by his friends. I am confident that, upon his return, he will continue to inspire and enrich the lives of those around him. I sincerely hope for this outcome.

I would like to extend my heartfelt gratitude to the honorable Chief District Judge Seeborg for dedicating time and attention in considering this letter with care.

Respectfully,

OTÁVIO DE LIMA COSTA

Otávio de Lima Costa          14/12/2024

# A-14

**Letter from Edilce de Carvalho**

*This letter has been translated into English through the use of internet-based translation tools. The original letter in Portuguese is appended to the English translation.*

The Honorable Richard Seeborg
Chief District Judge United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

I am Edilce de Carvalho, I am 75 years old. I met Xan and his family in 2012 in Ilhabela, São Paulo State, Brazil. We are neighbors, our houses are close. I soon noticed that Xan treats everyone wih respect and generosity.  He is always prompt to help those in need. We worked together in the neighborhood. He taught us solidarity and love through his dedication to his family and his daughters. As a father, he was always an example of love and companionship. He was my very competent yoga teacher. He has a beautiful character of love to his neighbors. Everyone in the neighborhood only has praise for this beautiful person. I miss him so much.

*/s/ Edilce de Carvalho*
Edilce de Carvalho

The Honorable Richard Seeborg
 Chief District Judge United States District Court for the Northern District of California
 450 Golden Gate Avenue, San Francisco, CA 94102


Sou Edilce de Carvalho, tenho 75 anos de idade. Conheci o Xan e família no ano de 2012 em Ilhabela, Estado de São Paulo, Brasil. Somos vizinhos, nossas casas são próximas. Logo percebi o respeito e generosidade com todos. Sempre solicito pronto a ajudar a quem precisasse.Trabalhamos juntos pelo bairro. Nos ensinou solidariedade e amor na sua dedicação à família, as filhas. Como pai sempre foi exemplo de amor e de companheirismo. Foi meu professor de yoga muito competente.Tem um lindo caráter de amor ao próximo. Enquanto morou aqui no bairro só temos elogios para essa linda pessoa. Sinto  muito sua falta.


*/s/Edilce de Carvalho*
Edilce de Carvalho

# A-15

## Letter from Emerson De Jesus Bispo

*This letter has been translated into English through the use of internet-based translation tools. The original letter in Portuguese is appended to the English translation.*

My name is Emerson De Jesus Bispo, 45 years old, Capoeira Master and Doctor Honoris of the sport, father of ▮▮▮▮▮▮▮▮, married to Juliana Barella. We have lived in Ilhabela for 14 years.

I met Xan while practicing Jiu-Jitsu at the Ilhabela Fight Center Dojo in 2017, where I also taught capoeira classes. In our free time, we trained together.



Xan is very calm and skilled in jiu-jitsu training. He is always willing to help people in difficulty.

After meeting while training, our bond grew stronger. At sea, we participated in Hawaiian canoe training and competitions in the Base Alfa Ilhabela-SP group.

Xan is once again always available for training and collaborating with the entire team.

We always talked a lot, especially about canoeing, jiu-jitsu, family and things in life.

Xan is a calm, quiet person, with a good heart and character. Our families also interacted.

In 2021, Xan helped us in the selection process for a scholarship at Acton Academy, where he taught classes and was a collaborator. We got the scholarship and so Xan and his wife Marina, who also taught classes, actively participated in our children's education.

1

*This letter has been translated into English through the use of internet-based translation tools. The original letter in Portuguese is appended to the English translation.*

Xan also opened a class to give extra lessons at his home.  Our children Davi and Maria participated in the English classes.

My wife and I also work at the school, so we were always with Xan and his family. He was always willing to help us.

I am immensely grateful to Xan for all the help and sincere friendship we have always had and which continues to grow.

Nowadays we have a Capoeira project in our house, and it was with great pleasure that we welcomed Xan's daughter, ███████ who helps us and is as kind as her father.

Truly yours,

*/s/ Emerson De Jesus Bispo*
Emerson De Jesus Bispo



ME, MY WIFE, ACTON STUDENTS, AMONG THEM XAN'S DAUGHTERS, ███████ AND ████████████

2

Meu nome é Emerson De Jesus Bispo 45 anos, Mestre Capoeira e Doutor Honoris causa da modalidade, pai de ███████i casado com Juliana Barella, vivemos em Ilhabela há 14 anos.

Conheci o Xan praticando Jiujitsu no Dojo Centro de lutas Ilhabela em 2017, onde eu também ministrei aulas de capoeira. Nas horas vagas, treinávamos juntos.



Xan , muito calmo e habilidoso nos treinos de jiu-jitsu, sempre disposto a ajudar as pessoas com dificuldade.

A partir deste momento nossos laços se estreitaram. Dentro do mar, participando de treinos e competições de canoa havaiana no grupo Base Alfa Ilhabela-SP.

Xan novamente sempre disposto nos treinos e colaborando com a toda a equipe.

Nós sempre conversávamos muito, sobretudo, canoa, jiu-jitsu, família e coisas da vida.

Xan é uma pessoa calma, tranquila, com um bom coração e caráter. Nossas famílias também interagiam.

Em 2021, Xan nos ajudou no processo seletivo para bolsa de estudos do colégio Acton Academy, onde ministrava aulas e era colaborador.

Nós conseguimos a bolsa e assim Xan e sua esposa Marina, que também ministrava aulas, participaram ativamente da educação de nossos filhos.

 Xan também abriu uma turma para dar aulas de reforço em sua casa, nossos filhos Davi e Maria participavam das aulas de inglês.

Minha esposa e eu também trabalhamos no colégio, e assim sempre estivemos juntos com Xan e sua família. Ele sempre disposto a nos ajudar.

Agradeço ao Xan imensamente por toda a ajuda e amizade sincera que sempre tivemos e que continua a crescer.

Nos dias de hoje temos um projeto de Capoeira em nossa casa, e com grande prazer recebemos a filha de Xan, ████ nos ajuda e é amável como o pai.

Esperamos vê-lo em breve, estamos torcendo para que tudo de certo.

Grande abraço no seu coração.



EU, MINHA ESPOSA, ALUNOS DA ACTON, ENTRE ELES AS FILHAS DE XAN, ████ E
████

# A-16
## Letter from Paula Regina de Lara

*This letter has been translated into English through the use of internet-based translation tools.*
*The original letter in Portuguese is appended to the English translation.*

Good morning, I would like to share with you a little of my story and how I met and lived with Mr. Xan Paul.

My name is Paula Regina. I am a naturologist, specialist in nutrition, health and quality of life and specialist in integrative health and well-being, respectively from UNICAMP and Instituto Israelita Albert Einstein, two of the best educational institutions in the health area in Brazil. I work in clinical care with natural practices, I coordinated and worked in a Spa in Ilhabela from 2013 to 2016.

At that time, I was new to the city and I looked for practices that could help me deal with the stress and intensity of working in the 5-star hotel industry. Ilhabela is a small island on the northern coast of the state of São Paulo. At the time, it had about 28 thousand inhabitants, people knew each other, many people proudly recommended some professionals to me after all, despite the island being small, there were people who worked with a very high level of excellence. It was in this way that I often received recommendations and was encouraged to get to know Zen (Xan Paul's affectionate nickname).

I went and to my surprise it was much better than I expected. I arrived at a welcoming house, where I was very well received by the yoga teacher who lived there with his wife and daughters. The class was really much better than I imagined: besides an impeccable Iyengar yoga practice, the teacher had a detailed study not only about the body but also about the philosophy of yoga and many other practices of health, well-being and personal development. I felt that I had found what I was looking for and there I stayed, in an environment that invited us in each meeting to do and be our best for ourselves, for our family and for society. In each class we were invited to go "deeper" and break down the barriers to help us become better people: by forgiving and recognizing flaws that we tried to hide "under the carpet." In short, it was an environment of reflection and commitment to the practice of being better.

Some time later, I had a very challenging time. I left the company I worked for and despite the relief from a very intense work demand, I found myself completely lost without knowing how it would be to generate income in such a small place, depressed and without the financial conditions to continue lifestyle I had maintained until then. For a while, leaving the house and going to yoga practice was the only thing I did. Xan welcomed me, talked to me and not only allowed me to continue going to classes even when I couldn't afford it, he also opened up the possibility for me to start working there, in the space where he and his wife worked. It was through this support that I began to restructure myself, and in a short time, I returned to work and soon my life was reorganized again.

Zen and his family became friends for whom I will always be grateful. During the time we spent together (2013-2020), I was able to participate in and witness countless rich conversations and studies where we discussed teachings of yoga and philosophy, as well as early childhood education (I am also a mother). Xan regularly taught classes and helped a school and children from Ilhabela to get away from the screens and have practical life experiences, interact with each other, and get to know the island they lived in.  Together he and the children did weekly activities such as trails and walks in nature and came into contact with challenges that until then, in a more urban and technological life, children had not explored as much. For me, who grew up in the countryside, playing in nature, it was beautiful to see children sometimes being

*This letter has been translated into English through the use of internet-based translation tools.*
*The original letter in Portuguese is appended to the English translation.*

surprised by a summer rain when they came back from the trail and had fun with it. Strengthening character through facing life's challenges has always been something that Zen has conveyed, through his own life, the challenges he has overcome in yoga, in sports, by promoting something for children and families interested in growing up.

Furthermore, when it comes to family, I have always seen Xan as a caring and dedicated husband to his family. They always proudly told how they faced challenges and built their lives together. Without a doubt, having the opportunity to live with this family was a gift. Xan and Marina (his wife) have always been role models of respect, affection and strength, both together always looking for ways to act and be the best for each other, for their daughters (both always present and dedicated to the girls' education) and for the people they lived with. Without a shadow of a doubt, they built a very strong, united, extremely happy and beautiful family! How I miss them!!!

I am certain, from my time with Xan, that he is a person willing and committed to growing and improving in life, whether by admitting mistakes or through studies that invite him to be a better person every day.

I hope he can take responsibility for any mistakes that need to be acknowledged and repaired. I have no doubt that this will be, like so many other experiences in his life: a point of reflection, transformation and growth. I know what an honor it is to be with him. and his family and, with all my heart, I hope to see them again as soon as possible in their home in Brazil.

Thank you so much for considering my experience with Robert Xan Paul.

Yours sincerely,


*/s/ Paula Regina de Lara*
Paula Regina de Lara

Bom dia, venho através desta, compartilhar com vocês um pouco da minha história e de como conheci e convivi com o senhor Xan Paul.

Meu nome é Paula Regina, sou naturóloga, especialista em nutrição, saúde e qualidade de vida e especialista em saúde integrativa e bem estar, respectivamente pela UNICAMP e pelo Instituto Israelita Albert Einstein, duas das melhores instituições de ensino na área de saúde do Brasil. Atuo em atendimento clínico com práticas naturais, coordenei e atuei em um Spa em Ilhabela de 2013 a 2016.

Nesse período, eu era recém chegada a cidade, busquei práticas que poderiam me ajudar a lidar com o estresse e a intensidade do trabalho na área da hotelaria 5 estrelas. Ilhabela é uma ilha pequena no litoral norte do estado de São Paulo, na época tinha cerca de 28 mil habitantes, as pessoas conheciam umas as outras, muitas pessoas me indicavam com orgulho alguns profissionais afinal, apesar da ilha ser pequena, haviam pessoas que trabalhavam com um nível de excelência altíssimo. Foi dessa forma que muitas vezes recebi indicações e fui instigada a conhecer o Zen (apelido carinhoso de Xan Paul).

Fui e para minha surpresa foi muito melhor do que eu esperava. Cheguei em uma casa acolhedora, onde fui super bem recebida pelo professor de yoga que vivia ali com sua esposa e filhas. Realmente a aula era muito melhor do que eu imaginava: além de uma prática de Iyengar yoga impecável e o professor tinha um estudo detalhado não só sobre o corpo mas também sobre a filosofia do yoga e de muitas outras práticas de saúde, bem estar e desenvolvimento pessoal. Senti que tinha encontrado o que buscava e ali fiquei, num ambiente que nos convidava em cada encontro a fazer e ser nosso melhor para nós, para nossa família e para sociedade. A cada aula éramos convidados a ir "mais fundo" e romper as barreiras que nos auxiliariam a nos tornar pessoas melhor: seja perdoando, reconhecendo falhas que tentávamos esconder "embaixo do tapete", enfim, um ambiente de reflexão e de comprometimento com prática de ser melhor.

Tempo depois, tive um momento muito desafiador, sai da empresa que trabalhava e apesar do alívio de uma demanda muito intensa de trabalho, me vi completamente perdida sem saber como seria gerar renda em um local tão pequeno, depressiva e sem condições financeiras para seguir o estilo de vida que mantinha até ali. Por algum tempo sair de casa e ir para a prática de yoga era a única coisa que eu fazia. Xan me acolheu, conversou comigo e não só permitiu que eu seguisse indo as aulas mesmo quando não podia pagar como abriu a possibilidade para que começasse a atender ali, no espaço onde ele e a esposa atendiam. Foi através desse apoio que comecei a me reestruturar, em pouco tempo, retomei meu trabalho e logo a vida já estava reorganizada novamente.

Zen e sua família se tornaram amigos pelos quais sempre serei grata. Nesse período que convivemos (2013-2020) pude participar e presenciar inúmeras conversas e estudos ricos onde debatíamos ensinamentos de yoga e filosofia, além de educação infantil (afinal também sou mãe). Xan por um período regularmente deu aulas e auxiliou uma escola e crianças de Ilhabela a sairem das telas e terem experiências práticas de vida, interagirem umas com as outras, conhecer a ilha que viviam, juntos ele e as crianças semanalmente faziam atividades como trilhas e caminhadas na natureza e entravam em contato com os desafios que até então, em uma vida mais urbana e tecnológica, as crianças não tinham explorado tanto. Para mim que

cresci no interior, brincando na natureza, era lindo ver as crianças as vezes sendo surpreendidas por uma chuva de verão ao voltarem da trilha e se divertirem com isso. Fortalecer o caráter através de enfrentar os desafios da vida sempre foi algo que Zen transmitiu, através da sua própria vida, dos desafios que superou na yoga, no esporte, ao promover algo para crianças e famílias interessadas em crescer.

Além disso, no que toca à família, sempre presenciei Xan como um marido zeloso e dedicado a sua família, eles sempre contavam com orgulho como enfrentaram os desafios e construíram sua vida juntos. Sem dúvida ter a oportunidade de conviver com essa família foi um presente, Xan e Marina(sua esposa) sempre foram uma referência de respeito, carinho e força, ambos juntos sempre buscavam formas de atuar e ser o melhor um para o outro, para as filhas (os dois sempre presentes e dedicados a educação das meninas) e para as pessoas com que conviviam. Sem sombra de dúvidas construíram uma família muito forte, unida, extremamente alegre e linda! Que saudades!!!

Tenho certeza, pela convivência com Xan, que ele é uma pessoa disposta e comprometida a crescer e melhorar na vida, seja assumindo erros ou em estudos que o convidam a ser uma pessoa cada dia melhor.

Faço votos para que ele possa tomar responsabilidade por qualquer erro que precisa ser assumido e reparado. Não tenho dúvidas que isso será, como tantas outras vivencias na vida dele: um ponto de reflexão, transformação e crescimento. Sei da honra que é conviver com ele e sua família e, de coração, espero poder revê-los o mais breve possível reunidos em sua casa no Brasil novamente.

Muito obrigada por considerar minha experiência com Robert Xan Paul.

Atenciosamente,


*/s/Paula Regina de Lara*
Paula Regina de Lara

# A-17

**Letter from Andrea Ferraro and Orlei Lopes**

*This letter has been translated into English through the use of internet-based translation tools. The original letter in Portuguese is appended to the English translation.*

The Honorable Richard Seeborg Chief District Judge United States
District Court for the Northern District of California
450 Golden Gate Avenue,
San Francisco, CA 94102

We hereby provide information regarding the conduct and ethics of our friend Robert Xan Paul, with whom we have maintained a close relationship for 10 years, due to the fact that we are neighbors, living in the same neighborhood in the city of Ilhabela, and later becoming friends.

That's how we met Xan in 2014 during a collective effort to improve our neighborhood.

Over the years, we have had the opportunity to observe Xan's experience and character and dedication to the community. He is a collaborative person, always willing to help everyone around him, who played a fundamental role in creating and maintaining support networks in the neighborhood, promoting collective solutions that benefited many families.

He always showed a willingness to help form a collaborative community. He dreamed of creating a democratic school for our children to attend, a collective vegetable garden and other innovations that he proposed for the benefit of the collective, always dedicating his time to caring for others and offering assistance in situations that were not even his direct responsibility, such as when there was a lack of water in the neighbors' houses and Xan was always willing to lend his labor to solve a problem with the neighborhood's water collection.

His ability to lend a helping hand to others reflects a deep sense of humanity and altruism, and Xan has always shown himself to be an engaged and dedicated person, including as an active member of the Ilhabela rowing group. This participation involved not only commitment to the sport, but also the practice of teamwork, collective overcoming and mutual support among members, qualities that are a direct reflection of his generous and supportive personality.

It is also important to highlight that Xan worked as a teacher of Yoga and energetic health therapies in our neighborhood, offering his knowledge in an accessible way and with an eye always focused on people's well-being.

Many of us were able to count on his positive advice and reflections on life's issues, which helped us face challenges with more serenity and confidence.

Our family had the privilege of strengthening ties with Xan and his wife Marina and their daughters ███████ ██████ and ████

Letters in Support, Ex. A 068

*This letter has been translated into English through the use of internet-based translation tools. The original letter in Portuguese is appended to the English translation.*

Xan's family has always been an example of love, respect and good coexistence in our neighborhood. In the close relationship between our families, our children grew up together and shared countless remarkable experiences, leaving a legacy of love, companionship and the constant desire to seek to be better people.

I firmly believe that being the change is a daily choice that we all make, even in the midst of occasional mistakes made during our life journey. These mistakes are learning opportunities that allow us to acquire knowledge and tools that we did not have before.

If any mistakes were made by Xan, I am convinced that they have already been largely overcome by his countless acts of benevolence and care for others, his family and friends, which have left a positive impact on our community.

In view of the above, I can state with absolute conviction that Xan is a person of unquestionable ethics, committed to family and social values, and that his presence enriches our community and especially our friendship.

I therefore recommend Xan without reservations, believing that his conduct reflects his principles and his character as a good, loyal and valuable friend.

We remain at your disposal for any additional clarifications that may be necessary.

Ihabela, December 4, 2024

Date: 12/4/2024

*/s/ Andrea Ferraro*
_____
Andrea Ferraro

Date:12/4/2024

*/s/ Orlei Lopes*
_____
Orlei Lopes

2

The Honorable Richard Seeborg Chief District Judge United States
District Court for the Northern Districti of California
450 Golden Gate Avenue,
San Francisco, CA 94102

Vimos, por meio desta, prestar informações a respeito da conduta e da ética de nosso amigo Robert Xan Paul, com quem mantemos uma convivência próxima há 10 anos, devido ao fato de sermos vizinhos, moradores do mesmo bairro na cidade de Ilhabela, nos tornando posteriormente amigos.

Foi assim que em um mutirão coletivo de melhorias que estavam sendo realizadas no nosso bairro conhecemos Xan em 2014.

Ao longo dos anos, tivemos a oportunidade de observar a vivenciar e o caráter e a dedicação de Xan para com a comunidade. Trata-se de uma pessoa colaborativa, sempre disposta a ajudar a todos ao seu redor que teve papel fundamental na criação e manutenção de redes de apoio no bairro, promovendo soluções coletivas que beneficiaram muitas famílias.

Ele sempre demonstrou disposição em ajudar a formar uma comunidade colaborativa. Tinha sonhos de criar uma escola democrática para os nossos filhos frequentarem, uma horta coletiva e outras inovações que propôs em prol do coletivo, sempre dedicando seu tempo a cuidar do próximo e oferecendo assistência em situações que nem eram de sua responsabilidade direta, como por exemplo quando faltava água nas casas dos vizinhos e Xan sempre disposto a emprestar a sua mão de obra para solucionar um problema na captação de água do bairro.

Sua capacidade de estender a mão ao outro reflete um profundo senso de humanidade e altruísmo e Xan sempre demonstrou ser uma pessoa engajada e dedicada, inclusive como membro ativo do grupo de remadores de Ilhabela. Essa participação envolveu não apenas comprometimento com o esporte, mas também a prática de trabalho em equipe, superação coletiva e apoio mútuo entre os integrantes, qualidades que são reflexo direto de sua personalidade generosa e solidária.

Também é importante destacar que Xan atuou como professor de Ioga e de terapias de saúde energéticas em nosso bairro, oferecendo seus conhecimentos de forma acessível e com um olhar sempre voltado ao bem-estar das pessoas.

Muitos de nós pudemos contar com seus conselhos positivos e reflexões sobre as questões da vida, o que nos ajudou a enfrentar desafios com mais serenidade e confiança.

1

Nossa família teve o privilégio de estreitar laços com Xan e sua esposa Marina e suas filhas ███████ ██████ e ███

A família de Xan sempre foi um exemplo de amorosidade, respeito e boa convivência em nosso bairro. Na convivência estreita entre nossas famílias, nossos filhos cresceram juntos e compartilharam inúmeras vivências marcantes, deixando um legado de amor, companheirismo e o constante desejo de buscar sermos pessoas melhores.

Acredito firmemente que ser a mudança é uma escolha diária que todos nós fazemos, mesmo em meio a eventuais erros cometidos durante nossa jornada de vida. Esses erros são oportunidades de aprendizado que nos permitem adquirir conhecimentos e ferramentas que antes não possuíamos.

Se algum erro tenha sido cometido pelo Xan, estou convencida de que já foi amplamente superado por suas inúmeras ações de benevolência e cuidado com o próximo, sua família e amigos e que têm deixado um impacto positivo em nossa comunidade.

Diante do exposto, posso afirmar com absoluta convicção que Xan é uma pessoa de ética inquestionável, comprometida com valores familiares e sociais, e que sua presença enriquece nossa comunidade e principalmente a nossa amizade.

Recomendo, portanto, Xan sem reservas, acreditando que sua conduta reflete seus princípios e seu caráter como um bom, fiel e valioso amigo.

Colocamo-nos à disposição para quaisquer esclarecimentos adicionais que se façam necessários.

Ihabela, 04 de dezembro de 2024

Andrea Ferraro e Orlei Lopes

2

# A-18

**Letter from Luiz Francisquetti**

*This letter has been translated into English through the use of internet-based translation tools.*
*The original letter in Portuguese is appended to the English translation.*

Subject: Statement of Integrity

Dear Honorable Judge,

My name is Luiz Francisquetti, I am Brazilian and I live in Ilhabela, an island on the northern coast of São Paulo with about 40,000 inhabitants. We live in a neighborhood with a particular concern for the preservation of nature, animals, vegetation, and the waters of the rivers and waterfalls around us. It was here that I had the pleasure of meeting Xan and his family—his wife, two daughters (now three), a dog, a rabbit, a chicken, and a cat—all living together in perfect harmony.

In this house, very close to mine, Xan taught Yoga classes. He is an excellent teacher with profound knowledge of the subject. I must confess that I miss those classes a lot. Despite my reluctance to attend the early morning practices, I always left feeling rejuvenated and happy.

In this community environment, where everyone seeks to live well with one another, problems and disagreements among residents inevitably arise, as they do anywhere. Despite having moved here well after other residents, Xan quickly engaged with the existing issues and has always been willing and proactive in helping each and every one of us. His initiative motivated many residents to participate more in common problems and matters, leading to community work organized by Xan on weekends. After completing certain tasks together, we would celebrate with beers, juices, and snacks that everyone brought. This was a very rewarding experience in terms of giving back to the community, especially for many of us who are used to paying others to do things.

In short, to avoid going into extensive detail about other specific situations, this is the Xan I know— someone who has always shown himself to be a person of integrity, responsibility, reliability, and good character, dedicated to his family and always willing to help others. I know I could count on him in any emergency situation and would trust him with the keys to my house if I needed to leave or travel, or even to feed my dog, knowing it would be in good hands.

Thank you for your attention, and I am available to provide any additional information that may be useful to this honorable Court.

Sincerely,

*/s/ Luiz Francisquetti*
Luiz Francisquetti

Assunto: Declaração de Idoneidade


Prezado Senhor Doutor Juiz,

Meu nome é Luiz Francisquetti, sou brasileiro e moro em Ilhabela, uma ilha no litoral norte de São Paulo com cerca de 40 mil habitantes.

Moramos em um bairro com certa particularidade onde todos tem a preocupação com a preservação da natureza, com os animais, com a vegetação com a agua dos rios e cachoeiras ao nosso redor e foi aqui que tive o prazer de conhecer o Xan e sua família, esposa duas filhas (agora são três), cachorro, coelho, galinha, gato, todos vivendo em uma casa em perfeita harmonia.

Nesta casa bem próxima a minha o Xan ministrava aulas de Yoga, um excelente professor com profundo conhecimento no assunto, aulas estas que confesso me fazem muita falta, apesar da preguiça de ir às praticas bem cedo, sempre sai de lá revigorado e feliz.

Neste ambiente de comunidade onde todos procuram querer viver bem uns com os outros, como em todo lugar sempre surgem problemas e por vezes desacordos entre os moradores e nesse contexto e apesar dele Xan e família terem vindo morar aqui bem depois de outros moradores ele se engajou logo com os problemas existentes e sempre se mostrou, desde quando veio morar aqui, disposto e proativo a ajudar a todos e cada um em particular, isso acabou motivando muitos moradores a ponto começarem a participar mais dos problemas e assuntos comuns a todos, e acabou promovendo por sua iniciativa do Xan, trabalhos comunitários com o grupo de moradores aos finais de semana aonde  após término, tendo realizado juntos certas tarefas por nós mesmo, comemorávamos tomando uma cerveja, sucos e comendo algo que cada um levava nestas ocasiões, isso foi uma experiência muito boa no sentido de doação de cada um a comunidade e principalmente para muitos de nós acostumados a pagar para fazerem as coisas.

Enfim para não ser extenso em comentar outras situações em particular, este é o Xan que eu conheço que sempre se mostrou uma pessoa idônea, responsável, confiável e de caráter, dedicada a família e sempre disposta a ajudar o outro.  Pessoa esta que sei que eu poderia contar em qualquer situação de emergência e a quem eu daria as chaves da minha casa caso precisasse me ausentasse e viajar, ou até dar comida ao cachorro,  ficaria tranquilo sabendo que estaria em boas mãos.

Agradeço pela atenção dispensada e coloco-me à disposição para contribuir com qualquer informação adicional que possa ser útil a este respeitável Juízo.


Atenciosamente,

Luiz Francisquetti

# A-19
## Letter from Michael Goodyear

The Honorable Richard Seeborg
Chief District Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

Hello, My name is Michael J. Goodyear

I was Xan's neighbor before he moved and have stayed friends ever since. It is a rare thing for me to find a true friend for life and I believe we will always be friends. I taught him a lot of what I know about construction and he taught me a lot about yoga and so much more. Xan is a very intelligent man and a good friend.

When I think of Xan Paul, I think of one of the best friends I have had the privilege to have in this lifetime.

We met when his parents moved across the street from my brother around the year 2000. He wanted to learn everything I knew about construction and I had already been in business for over 20 years and in construction for about 40 years.

I hired him and he was one of the best workers that I ever had for about 6 years before going his own way to teach our community yoga. Always willing and ready to do his best at anything we took on, and I took on many different jobs from completely building a house, home repair and completely rebuilding docks and floats on the rivers here in the low country of SC.

He has always been a hard worker and always done his best for me at work and as a friend. He even gave me free yoga classes in his new studio.

He saved me from carpal tunnel surgery by convincing me to let him teach me yoga. I still do not need the surgery. When he started working for me, he was also working for the state of South Carolina, helping parents with their troubled teenagers. I even let one of them come and help us rebuild a dock and Anthony is still our friend to this day.

There is a 5/8 mile long ditch that must be maintained to drain excess water off of my property when it rains hard, and other than my brothers, he is the only one that would help me without taking money for it. Everybody else I had to pay to help me.

He has been one of the most kind and giving friends I have ever had, and always willing to share his vast knowledge on many subjects. This is proven very helpful to me over the years.

During this current time that he has been pulled away from his family it has been very hard on him as he loves his daughters and his wife dearly and he created work that always allowed him to be around them. He is really saddened about being away from them and especially the new baby. He has always been a very good husband and family man and spends time teaching his daughters what they need to know so that when they get into the real world, they are prepared.

I believe that that is where his best efforts need to be focused, at home with his family.

1

Sincerely,

Dated: _____      */s/ Michael Goodyear*
                              Michael J. Goodyear



2

# A-20
## Letter from Lara Passos Kayanoki

This letter has been translated into English through the use of internet-based translation tools. The original letter in Portuguese is appended to the English translation.

Ilhabela, SP, December 12/2024

Honorable Richard Seeborg

Chief District Judge

United States District Court for the Northern District of California

450 Golden Gate Avenue, San Francisco, CA 94102

The Honorable Richard Seeborg, Chief District Judge, United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102.

Your Honor, I am pleased to write to you to tell you about Robert Xan Paul. But first, I would like to introduce myself.

My name is Lara Passos Kayanoki, a Brazilian citizen, born in Salvador, Bahia, but living in the city of Ilhabela, São Paulo, since 1999. I moved to Ilhabela shortly after completing my specialization in Public Health at the State University of São Paulo, at which time I was invited to work in the city as a nurse in the Family Health Program.

In 2001, I took up a public office, where I remain to this day. I currently work at the Ilhabela City Hall as a nurse in the Epidemiological Surveillance Service, and I also work in the Ilhabela community as a home midwife and in a Civil Society Organization of Public Interest, which develops educational and social development work with children and adolescents in the local community.

I met Robert Xan Paul in 2015, through Tom, a friend and my English teacher. Tom asked Xan to take over the English classes, as he was moving to his home country. It is worth mentioning that this request came from the fact that I did not have the financial means to pay for a school for my studies, nor a private teacher. In addition, Tom was aware of my difficulties in learning a foreign language and considered that Robert Xan Paul (Xan) had the right profile to take on this challenge.

I spent 2 years in weekly contact with Xan, during which time I got to know him better and, consequently, his family. I would like to point out that, since we lived nearby, I knew Xan and his family through other friends even before we started classes, and the references were always the best possible.

During the two years we spent together weekly, I had the opportunity to get to know him better and have more contact with his wife and daughters. During this time, I saw how involved Xan was in taking care of his daughters and wife, and on several occasions, the activities in the classes were exemplified by real stories, such as the girls' adaptation to school, difficulties inherent to the children's life stage, family composition and desires to expand the family.

This letter has been translated into English through the use of internet-based translation tools. The original letter in Portuguese is appended to the English translation.

Since we lived in a neighborhood where there was no pavement or asphalt, the rains used to cause great damage to the access roads, which often made it difficult to use any type of transportation, or even for pedestrians to pass through. And, on countless occasions, I saw Xan, countless times, working with hoes (even in heavy rain) to facilitate the drainage of water and provide some kind of condition for cars to pass through. At that time, in a meeting with the neighbors, Xan proposed a water drainage project that should be done preventively. And so he did. Xan and another group of neighbors obtained work tools and built water drainage routes, so that, in the following rains, the roads would be in better conditions for passage and access.

In addition to Xan's contribution to solving problems that affected the local community, I had the opportunity to see and participate in a collective assistance program proposed by Xan. This program worked in such a way that any member of the community could have a type of service, be it childcare, garden cleaning, nursing care, etc. And the service would be exchanged, without any financial resources being used.

I am writing all this because, for me, Xan has always been an example of a generous, caring and family-oriented person. He has the simple intention of supporting the good life and growth of all those who cross his path.

I am aware that Xan pleaded guilty, and this demonstrates his intention of not exempting himself from his responsibilities, and I also know that he is prepared to fulfill his legal obligations. However, I also understand how difficult this separation is for Xan and his daughters (the youngest of whom is only 2 years old).

Marina, Xan's wife, who continues to live here in the municipality of Ilhabela, is currently facing the important challenge of caring for, providing for and educating the three girls (the couple's daughters) alone, all of whom are still very young (███████ the oldest, is 16 years old). When I point out here the deprivation of a father in the education and coexistence of the children, I am referring to the absence of a father like Xan, a father who was always present and very involved in all aspects of caring for these children.

Finally, I conclude my report by thanking your Excellency for reading this and asking you to consider what is written here. I assure you of the veracity of everything written here and I am at your disposal to clarify any doubts that may still arise.


Sincerely,




Lara Passos Kayanoki

Ilhabela, SP, dezembro, 10/2024

**Honorável Richard Seeborg**

**Juiz Distrital Chefe**

Tribunal Distrital dos Estados Unidos para o Distrito Norte da Califórnia

450 Golden Gate Avenue, San Francisco, CA 94102

Meritíssimo Sr. Richard Seeborg, Juiz Distrital Chefe, Tribunal Distrital dos Estados Unidos, Distrito Norte da Califórnia, 450 Golden Gate Avenue, San Francisco, CA 94102.

Meritíssimo Juiz, tenho o prazer de vos escrever para falar sobre **Robert Xan Paul.** Mas antes peço licença para me apresentar.

Meu nome é Lara Passos Kayanoki, brasileira, nascida em Salvador/Ba, mas residente no município de Ilhabela/SP, desde 1999. Mudei para Ilhabela, logo após concluir especialização em Saúde Coletiva na Universidade Estadual de São Paulo, época em que fui convidada para trabalhar no município, atuando como enfermeira no Programa de Saúde da Família.

Em 2001, assumi cargo público, onde permaneço até os dias de hoje. Atualmente trabalho, na prefeitura de Ilhabela, na função de enfermeira do serviço de Vigilância Epidemiológica, e também atuo na comunidade de Ilhabela como parteira domiciliar e em uma Organização da Sociedade Civil de Interesse Público, a qual desenvolve trabalho de educação e de desenvolvimento social, junto às crianças e adolescentes da comunidade local.

Conheci Robert Xan Paul em 2015, por intermédio de Tom, um amigo e meu professor de Inglês. Tom solicitou que Xan assumisse as aulas de Inglês, pois o mesmo estava em mudança para seu país de origem. Vale destacar que essa solicitação adveio do fato de que eu não tinha condições financeiras para pagar uma escola para o meu aprendizado, tampouco um professor particular. Além disso, Tom tinha ciência das minhas dificuldades para o aprendizado de língua estrangeira e considerou que Robert Xan Paul (Xan) tinha o perfil adequado para assumi esse desafio.

Foram 02 anos de contato semanais com Xan, época em que o conheci melhor e, por conseguinte, a sua família. Destaco aqui que, como morávamos perto, antes mesmo, de começarmos as aulas, conhecia o Xan e sua família, por intermédio de outros amigos, e as referências sempre foram as melhores possíveis.

Durante os dois anos de convívio semanais, tive a oportunidade de conhecê-lo melhor e ter mais contato com sua esposa e filhas. Nesse período, vi o quão Xan estava envolvido nos cuidados de suas filhas e esposa, inclusive, por diversas vezes, as atividades das aulas, eram exemplificadas por histórias reais, como por exemplo, adaptação das meninas a escola, dificuldades inerentes ao período de vida das crianças, composição da família e desejos de aumentar a família.

Como morávamos em um bairro em que não havia qualquer tipo de calçamento ou asfalto, as chuvas costumavam provocar grandes estragos nas vias de acesso, o que, muitas vezes, dificultava o uso de qualquer tipo de transporte, ou mesmo a passagem de transeuntes. E, por inúmeras vezes, vi Xan, inúmeras vezes, trabalhando com enxadas (mesmo embaixo de fortes chuvas) para facilitar o escoamento das águas e oferecer algum tipo de condição para a passagem de carros. Nessa época, em reunião com os vizinhos, Xan propôs um trabalho de escoamento de água que deveria ser feito preventivamente. E assim o fez. Xan e mais um grupo de vizinhos, conseguiram instrumentos de trabalho e fizeram vias de escoamento de águas, de modo que, nas chuvas seguintes, as vias tinham melhor condições de passagem a acesso.

Além da contribuição de Xan na resolução de problemas que afetavam a comunidade local, tive a oportunidade de ver e participar de um programa de ajuda coletiva proposto de Xan. Esse programa funcionava de modo que, qualquer membro da comunidade poderia dispor de um tipo de serviço, fosse ele, cuidados com as crianças, limpeza de jardim, cuidados de enfermagem, etc. E o serviço seria trocado, sem que houvesse qualquer emprego de recursos financeiros.

Escrevendo tudo isso pois, o Xan, para mim, sempre foi um exemplo de pessoa generosa, cuidadora e dedicada à família. Havendo nele, a singela intenção, de apoiar o bom viver e crescimento de todos aqueles que cruzam o seu caminho.

Estou ciente que Xan se declarou culpado, e isso demonstra a sua intenção de não se isentar de suas reponsabilidades, assim como, sei que ele está preparado para cumprir com as suas obrigações legais. Mas, também compreendo, o quão está difícil para Xan e suas filhas (a menor delas com apenas 02 anos) esse distanciamento.

Marina, esposa de Xan, que continua residindo aqui no município de Ilhabela, está nesse momento, com o importante desafio de sozinha, cuidar, prover e educar as três meninas (filha do casal), todas elas, ainda muito novas (████████ a mais velha, com 16 anos de idade). Quando sinalizo aqui, a privação do pai, na educação e convivência das crianças, refiro a ausência de um pai como o Xan, um pai que sempre esteve presente e muito participativo em todos os aspectos de cuidado com essas crianças.

Por fim, termino o meu relato, agradecendo a vossa excelentíssima por essa leitura e pedindo encarecidamente, que considere o que aqui está escrito. E desde já, asseguro a veracidade de tudo que está escrito aqui e, me coloco à disposição, para o esclarecimento de qualquer dúvida que ainda possa ocorrer.


Atenciosamente,




Lara Passos Kayanoki

# A-21
## Letter from Eduardo Landi Nowill

# Eduardo Landi Nowill

ADVOGADO

**The Honorable Richard Seeborg**
Chief District Judge
United States District Court for the Northern District of
California
450, Golden Gate Avenue
San Francisco, CA 94102

**Re: Robert Xan**

Dear Judge Seeborg,

My name is Eduardo Nowill, I am 45 years old, a practicing attorney specializing in real estate law, husband to Carla, and father to João, 15, and Chiara, 14. I first met Xan and his family nearly 10 years ago when our children attended the same school. Over time, due to shared interests, we became close friends.

Xan lives with his family in a house near a State Park, where he dedicates his time to teaching yoga—often free of charge for those who cannot afford it—and hosting guests seeking a few days of connection with nature.

Throughout all these years, Xan has always displayed exemplary behavior. **He is an outstanding father, husband, and friend.** He is kind, good-humored, and deeply committed to the education of his daughters. In fact, he was a co-founder of two schools in Ilhabela, Brazil: Instituto Tiê, a community school focused on emotional development, and later Acton Academy Ilhabela, a school emphasizing entrepreneurship.

Rua Maria Angela Vila Freitas, 06 - sala 04 - Saco da Capela
Ilhabela - SP    Letters in Support, Ex. A 081    CEP: 11.630-00

# Eduardo Landi Nowill

ADVOGADO

In addition to his dedication to family and education, Xan is passionate about sports, actively participating in outrigger canoeing, Brazilian Jiu-Jitsu, and sailing.

A particular event that highlights Xan's character occurred in 2021 when I was part of an outrigger canoe team preparing for a 65-mile open-sea competition:

Just five days before the race, one of our team members contracted COVID and was unable to participate. When I shared the situation with Xan, he immediately offered to step in, even though he had never trained with our team or met the other members.

Not only did he fill the position seamlessly, but he also played a crucial role in helping us secure victory that day.

Xan is a responsible person who does not shy away from the consequences of his actions, which I believe is the main reason he decided to plead guilty.

**Despite the mistakes made, I remain supportive of Xan and sincerely hope he can reunite with his family soon.**

Knowing how attached he is to his wife and daughters, I can only imagine how challenging this past year of separation has been for him.

Rua Maria Angela Vila Freitas, 06 - sala 04 - Saco da Capela
Ilhabela - SP     CEP: 11.630-00

Letters in Support, Ex. A 082

# Eduardo Landi Nowill

**ADVOGADO**

This experience has undoubtedly been a significant lesson for him, and I am confident that you will never see Xan in your courtroom again.

Thank you for taking the time to consider the information I have shared. Please feel free to reach out if I can provide any additional insights.

Sincerely,

**Eduardo Nowill**

# A-22

## Letter from Diogo Folgoso Sasaki

*This letter has been translated into English through the use of internet-based translation tools. The original letter in Portuguese is appended to the English translation.*

Ilhabela/SP, November 24, 2024

Honorable Judge,

My name is Diogo Folgoso Sasaki. I am a 43-year-old man, married for 14 years to Kátia, with whom I have two daughters: ███, 11, and ██a, 8. I have lived in Ilhabela with my family since 2013. I am a doctor, working in my private practice and also on call in hospitals in the region. I am a friend of Robert Xan Paul and I respectfully come to tell you how I met him and to try to explain what I know about him.

Right after our first daughter was born, we moved to Ilhabela seeking to offer her a childhood closer to nature, in a safer place where she could develop autonomously and be connected to herself. In this context, we ended up getting closer to families who were also at the stage of caring for children and prioritized dedicating themselves to their children's education.

In 2015, these family gatherings sparked the desire to create a school where children would be respected in their individuality, could learn and develop holistically, not just acquiring content and subjects. This gave birth to Instituto Tiê, a community school created by a collective of people and still managed collectively.

It was in this context that I met Xan and his family. One of my first memories of him was when we were building a fence in the back of the house where the Institute would be inaugurated. At that first moment, his proactivity caught my attention. He always showed himself to be a very attentive guy, willing to collaborate for the betterment of the collective. Another characteristic that quickly caught my attention was his dedication to his family and self-responsibility in the education process of his daughters. This led him to decide, a few months later, to take his daughters (at that time only two, ████ and █████ out of school and assume the task of educating them himself entirely. They were, and still are, adorable girls, very intelligent, fluent in two languages from a very early age. This is another adorable memory I have of this family that, unfortunately, I haven't seen in a long time. Whenever they talked among themselves, they conversed gently and lovingly in English. Yes, I think it's important to highlight that Xan's kindness in dealing with his daughters and everyone else is very evident.

Xan has always been a dedicated and attentive person. He worked teaching Yoga classes, helping people improve their body aches and breathe to ease life's pains. It's not an exaggeration to talk about his dedication. I remember one day when I was going to a shift in another city, off the island, and found Xan trying to fix a friend's car engine that had broken down (and he fixed it). He is like that: he drops what he is doing whenever he is called by his desire to help and be proactive. He was also like that in the neighborhood where he lived and in the community in general. I remember him helping to replace the wood on the public road bridge that gave access to his neighborhood.

Another movement involving his generosity was that he and his wife developed and tried to implement a mutual collaboration project called "Banco de Horas" (Hour Bank). The idea was that you could dedicate an hour of your work in exchange for an hour of any other work or service, a barter system where what would be exchanged was time and individual wisdom, not currency. That's how he is: a restless guy always seeking autonomy, planting gardens and raising chickens to

*This letter has been translated into English through the use of internet-based translation tools.*
*The original letter in Portuguese is appended to the English translation.*

Case 3:19-cr-00184-RS    Document 73-2    Filed 01/14/25    Page 108 of 116

have his own food and never lack anything, very dedicated to his family's care and the well-being of those around him.

We also met on the jiu-jitsu mats, a space where we trained with respect, care, and where friendship grew. He was never an aggressive person, not even when fighting. On the contrary, he was concerned with helping us recover from injuries with stretches and individual care before classes, and during training, he was always careful not to injure anyone inadvertently.

Well, this is a bit of what I can say about our history. Today I know he is far from his family, and knowing him, I can imagine how difficult this moment must be for him. A guy so dedicated to his family and not being able to see his daughters grow up—by the way, ██ his youngest daughter, is growing up fast here. It breaks my heart to remember this phase of my daughters' lives and imagine myself in this situation, unable to hug them, smell them… very difficult.

Finally, from what I know about his plans, he always intended to dedicate his life for a period, about ten to fifteen years, to raising and educating his daughters and, after they were "flying on their own," to dedicate himself professionally to other projects and, who knows, return to training jiu-jitsu and share the mats with us.

I sincerely hope he can return soon to be near his family.

Yours sincerely,


Diogo Folgoso Sasaki

RG: 22.838.061-3

CPF: 213.305.458-85

Ilhabela/SP, 24 de novembro de 2024

Excelentíssimo Senhor Juiz, me chamo Diogo Folgoso Sasaki, sou um homem de 43 anos, casado há 14 anos com a Kátia, com quem tive duas filhas, a Manuela de 11 anos e a Gaia de 8 anos. Moro em Ilhabela com minha família desde 2013. Sou médico, trabalho atendendo no meu consultório particular e também como plantonista em hospitais da região. Sou amigo de **Robert Xan Paul** e venho respeitosamente contar como eu o conheci e tentar expor o que sei sobre ele.

Logo que nossa primeira filha nasceu, nos mudamos para Ilhabela em busca de oferecer para ela uma infância mais próxima da natureza, num lugar mais seguro e onde ela pudesse se desenvolver com autonomia e conectada consigo mesma. Neste contexto acabamos nos aproximando de famílias que também estavam na fase de cuidar de crianças e tinham como prioridade se dedicar a educação dos filhos.

No ano de 2015, esses encontros de famílias gerou o desejo de se criar uma escola onde as crianças fossem respeitadas nas suas individualidades, pudessem aprender e se desenvolver de forma integral e não apenas adquirindo conteudos e matérias. Surgiu o Instituto Tiê, uma escola comunitária que foi criada por um coletivo de pessoas e continua sendo administrada coletivamente.

Foi neste contexto em que conheci o Xan e sua família. Uma das primeiras memórias que tenho dele foi quando estávamos construindo uma cerca no fundo da casa onde seria inaugurado o Instituto. Já neste primeiro momento me chamou atenção sua proatividade, sempre se mostrou um cara muito atencioso, e disposto a colaborar para que o coletivo melhorasse. Outra característica que rapidamente me chamou atenção foi sua atitude de dedicação a sua família e autoresposabilidade no processo de educação de suas filhas. O que acabou fazendo com que ele decidisse, alguns meses depois, tirar suas filhas (naquela época eram só duas ███████ e ███████ da escola e assumir sozinho e integralmente a tarefa de educar suas filhas, que eram e ainda são meninas adoráveis, muito inteligentes, que falam duas línguas de forma fluente desde muito cedo… alias esta é outra adorável lembrança que tenho desta família que infelizmente não encontro a muito tempo… sempre que falavam entre si, conversavam gentil e amorosamente em inglês. Sim, acho importante ressaltar que é muito evidente a gentileza com que Xan se relaciona com suas filhas e com todos.

Xan sempre foi um cara dedicado e atento ao cuidado com o outro, trabalhava dando aulas de Yoga, ajudando as pessoas a melhorarem suas dores do corpo e respirarem para cuidar das dores da vida. Não é exagero falar dessa sua dedicação. Lembro de um dia em que eu estava indo para o plantão em outra cidade, fora da ilha, e encontrei o Xan tentando consertar o motor do carro de uma amiga que tinha quebrado (e ele consertou), ele é assim, larga o que está fazendo sempre que convocado pelo seu desejo de ajudar e ser proativo. Assim também era no bairro em que morava e na comunidade de um modo geral. Lembro dele ajudando a trocar as madeiras da ponte da via publica que dava acesso ao seu bairro.

Outro movimento envolvendo sua generosidade,  ele e sua esposa desenvolveram e tentaram implementar um projeto de colaboração mútua chamado "Banco de Horas". A idéia era que você poderia dedicar uma hora do seu trabalho em troca de uma hora de qualquer outro trabalho ou serviço, um sistema de trocas onde o que seria trocado seria tempo e sabedoria individual e não moeda. Ele é assim, um cara inquieto que está sempre buscando autonomia, plantando horta e criando galinhas para ter seu próprio alimento e nunca faltar comida, muito dedicado ao cuidado da sua família e o bem estar de quem está por perto.

Tambem nos encontrávamos nos tatames de jiujitsu, um espaço onde treinávamos com respeito, cuidado e onde a amizade crescia. Nunca foi uma pessoa agressiva, nem lutando. Alias era o contrario, um cara preocupado em ajudar a gente a se recuperar das lesões com alongamentos e cuidados individuais antes das aulas e, durante os treinos estava sempre atento para não lesionar ninguém inadvertidamente.

Bom, isto é um pouco do que posso dizer sobre nossa história. Hoje sei que ele está longe da sua família e, conhecendo ele, imagino o quão dificil deve estar sendo este momento para ele. Um cara tão dedicado à família e não está podendo ver suas filhas crescerem, alias a ███ sua filha mais nova está crescendo rápido por aqui e me corta o coração lembrar desta fase da vida das minhas filhas e me imaginar nesta situação, sem poder abraçar, sentir o cheiro… muito dificil.

E por fim, do que eu sei sobre os planos dele, sempre foi dedicar sua vida por um período, uns dez a quinze anos para a criação e educação das meninas e, depois que elas já estivessem "voando sozinhas", se dedicar profissionalmente a outro projetos e, quem sabe voltar a treinar jiujitsu e dividir o tatame conosco.

Espero sinceramente que ele possa voltar logo para perto de sua família.


Atenciosamente


Diogo Folgoso Sasaki
RG: 22.838.061-3
CPF: 213.305.458-85

# A-23
## Letter from Telma Neves Volta

This letter has been translated into English through the use of internet-based translation tools. The original letter in Portuguese is appended to the English translation.

The Honorable Richard Seeborg
Chief District Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

My name is Telma Neves Volta. I am Brazilian, born in São Paulo, and have lived in Ilhabela for seven years. I am a partner in a family business with a 51-year history. I have a 13-year-old daughter, and my main contact with Robert Xan Paul was through her.

Xan, his wife Marina, and their friends Danilo and Gabriela Amaral opened an American school in Ilhabela together. I already knew Xan from the yoga classes he taught at the school where I practiced Hawaiian canoeing and also through his friendship with Danilo and Gabriela.

It was through the Acton Academy Ilhabela that I truly got to know Xan. My daughter faced difficulties at her previous school, refusing to return after the holidays. Despite therapy and numerous meetings, the school could not provide Luisa with the security and confidence she needed.

With the opening of Acton, Luisa faced the challenge of attending a new school once again. In a meeting with Xan and Danilo, they helped me realize the need for a new approach. Trusting them was the best decision at that moment.

The empathy and care Xan and Marina showed my daughter (and all the children) were fundamental. In just a few days, she felt secure and comfortable in the new school. Xan would say, looking into her eyes, "You are my hero," which was immensely important, providing subtle and delicate reassurance. Today, my daughter is a leader at Acton, introducing the school to new students, leading projects, and was chosen for a select group of missions with the school's founder, exchanging experiences with children worldwide. This is undoubtedly due to the support of Xan and Marina.

Their entire family has been an inspiration. Their daughters, ███████████████████, were examples of commitment, friendliness, education, discipline, and unity. Around this family, one felt love, care, respect, honesty, and empathy. They will always have a place in our hearts for everything they have done for us.

They are honest, hardworking people who always got involved directly. It never seemed to me that money was their motivation. They maintain harmony between the modern world and ancestral knowledge. When they opened the school, I remember Xan offering to paint and do other tasks to avoid expenses.

Honestly, I don't know another family like Xan's. What they have built so far is very special, and I hope this situation resolves soon so he can return to his three daughters and wife, as well as all the friends who miss his company.

Thank you for allowing me to share my perspective on Xan. I am available for any clarification that might help.



Documento assinado digitalmente
**TELMA NEVES VOLTA**
Data: 23/11/2024 13:48:36-0300
Verifique em https://validar.iti.gov.br

Sincerely,
Telma Neves Volta
CPF 273.098.168-38
Address: Rua Benedito Carlos de Moura, 59 casa 3, Ilhabela – CEP 11633-090

À Sua Excelência, o Honorável Richard Seeborg – Juiz Distrital Chefe
Tribunal Distrital dos Estados Unidos para o Distrito Norte da Califórnia 450
Avenida Golden Gate, São Francisco, CA 94102

Meu nome é Telma Neves Volta, sou brasileira, nascida em São Paulo, e resido em
Ilhabela há sete anos. Sou sócia de uma empresa familiar com 51 anos de história.
Tenho uma filha de 13 anos e meu principal contato com Robert Xan Paul foi através
dela.

Xan, sua esposa Marina, e o casal de amigos Danilo e Gabriela Amaral abriram juntos
uma escola americana em Ilhabela. Eu já conhecia Xan das aulas de ioga que ele
ministrava na escola onde praticava canoagem havaiana e também por sua amizade
com Danilo e Gabriela.

Foi na Acton Academy Ilhabela que realmente conheci Xan. Minha filha enfrentava
dificuldades na escola anterior, recusando-se a retornar após as férias. Apesar de
terapia e inúmeras reuniões, a escola não conseguiu proporcionar segurança e
confiança para Luisa.

Com a abertura da Acton, Luisa enfrentou novamente o desafio de ingressar em uma
nova escola. Em uma reunião com Xan e Danilo, eles me ajudaram a perceber a
necessidade de uma nova abordagem. Confiar neles foi a melhor decisão naquele
momento.

A empatia e o carinho de Xan e Marina com minha filha (e todas as crianças) foram
fundamentais. Em poucos dias, ela se sentiu segura e confortável na nova escola. Xan
dizia olhando nos olhos dela: "Você é minha heroína," o que foi de extrema
importância, trazendo acolhimento de forma sutil e delicada. Hoje, minha filha é uma
líder na Acton, apresenta a escola para novos alunos, lidera projetos e foi escolhida
para um seleto grupo de missões com o fundador da escola, trocando experiências
com crianças do mundo todo. Isso se deve, sem dúvida, ao apoio de Xan e Marina.

A família toda foi uma inspiração. As filhas deles, ▮▮▮▮ e ▮▮▮▮▮▮ foram exemplos
de comprometimento, simpatia, educação, disciplina e união. Próximos a essa família,
sentia-se amor, cuidado, respeito, honestidade e empatia. Eles estarão para sempre
em nossos corações por tudo o que fizeram por nós.

São pessoas honestas e guerreiras, que sempre colocaram a mão na massa. Nunca
me pareceu que o dinheiro fosse sua motivação. Eles mantêm harmonia entre o
mundo moderno e conhecimentos ancestrais. Quando abriram a escola, lembro que
Xan se ofereceu para pintar e realizar outros trabalhos para evitar gastos.

Sendo sincera, não sei se conheço outra família como a de Xan. O que eles
construíram até agora é muito especial e espero que isso se resolva logo para que ele
possa voltar para suas três filhas e sua esposa, além de todos os amigos que sentem
saudades de sua companhia.

Agradeço por me permitirem enviar esta carta com minha percepção sobre Xan. Estou
à disposição para qualquer esclarecimento que possa ajudar.


Cordialmente,
Telma Neves Volta
CPF 273.098.168-38
Endereço: Rua Benedito Carlos de Moura, 59 casa 3, Ilhabela – CEP 11633-090

# A-24
## Letter from Gabriel Borgstrom

12/17/2024

Ilhabela, Brazil

The Honorable Richard Seeborg
Chief District Judge United States District
Court for the Northern District of California
450 Golden Gate Avenue, San Francisco, CA 94102

Honorable Judge,

My name is Gabriel Borgstrom, born in Argentina but living in Ilhabela Brasil since 1999. I am a father of 3 boys and a girl.  I am married to Cielo Costa. I am the CEO at North Sails in Brazil (My business is a licensee of the American brand, world leader in sailmaking.)

I met Marina and Xan for the first time during a birthday party of a common friend of our kids not long after they moved to Ilhabela.

I spent most of the party together with Xan as I found myself curious and pleased with his company.

That day, a friendship started that has never stopped.

We quickly realized we have Yoga as a common interest.

As my wife was then, and still is today, a Yoga instructor, and I, a long time practitioner, we found in Xan and Marina very nice company. Slowly we discovered Xan was a one of a kind Yoga teacher, friend, father, husband, and principally, human being.

In these many years we have known each other, Xan has been for me a reference in many ways.

His dedication and love for his family, students and friends, his attitude, always positive, his never-ending energy and disposition to teach, to share his knowledge and experience, his always-ready-to-help attitude made of Xan someone I respect and that I always enjoy being nearby.

Xan started teaching Yoga at my wife's Yoga studio before he had his own space to later teach in.

Once his studio was ready, it was a natural decision for me and my wife to go to his place and take advantage of his yoga practice to keep progressing.

I can't recall how many times after a yoga practice I went to him with inquiries about a pain in some part of my body.

He always took the time to understand the problem, to show me the reason for having that pain, and to teach me exercises to mitigate and correct the problems. Also, many times he lent me some specific props and necessary materials to do so.

For any and all those reasons, I invited Xan onboard Kameha Meha, my sailboat, to be part of the permanent competitive sailing crew.

In this small community aboard, which is what a crew is, he showed the same dedication to learn that he always had to teach.

Sorry, above I mentioned "my boat", but in fact the boat is a cooperative ownership and we are 8 partners.

Not merely one, but all of them miss Xan's presence onboard.

Also, after we realized how Marina and Xan were good influences, we arranged to have our younger kids work with Xan to improve their English.

███ my youngest son is now (16) and is preparing to study next year in Sweden. He already knew Xan from practicing English with him before and recently decided to freshen his English by studying with Xan again. Currently they meet two days a week online to help prepare Oliver for school abroad.

One week ago, ███ told me that his English was improving consistently, that practicing with Xan was turning the exercise into a pleasure, and that they always have interesting conversations that are helping him to become a better person!!!

It is difficult to express in English the depth of my admiration for this family.

Even in these difficult times, when I talk to Marina and Xan to find out how they are doing, and without any way to help, they demonstrate an integrity and trust in life and justice that only increases my admiration.

Only those who know and interact closely with this loving family can really understand how much they are suffering from this separation.

Apart from his family and our community Xan has left many spaces empty:his yoga classes, English classes, away from his group of friends, from our sailing crew and many others...

I have spoken with Xan about his decision to take responsibility for his mistakes. There is no doubt that this only illustrates his desire to be a responsible person. I support him in his decision and trust that our friendship will grow in the future.

Honorable Judge Seeborg, I thank you for the opportunity to share some of my experience about Robert Xan Paul. My hope is that this case be resolved soon so he may return to our community, beside us as a friend, and with his family who needs him.

Sincerely,

*/s/ Gabriel Borgstrom*
Gabriel Borgstrom